# FORM FOR USE IN APPLICATIONS
## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

ANDREW PHILLIP BURDENS

Name

AIS# 141820

Prison Number

100 WARRIOR LANE BESSEMER ALABAMA
W.E. DONALDSONS CORRECTIONAL FACILITY

Place of Confinement

United States District Court MIDDLE _____ District of ALABAMA

Case No. 3:05CV1128-F

(To be supplied by Clerk of U. S. District Court)

ANDREW PHILLIP BURDENS _____, PETITIONER

(Full Name)  (Include name under which you were convicted)

KENNETH JONES ET. AL _____, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person)
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ALABAMA _____

TROY KING _____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be
served in the _future_, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the _future_
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
## STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack RANDOLPH COUNTY, WEDOWEE ALABAMA

2. Date of judgment of conviction OCT 30, 2002

3. Length of sentence LIFE _____ Sentencing Judge RAY D. MARTIN

4. Nature of offense or offenses for which you were convicted: MURDER
13A-6-2.

5. What was your plea?   (check one)
(a) Not guilty ( ✓ )
(b) Guilty     ( )
(c) Nolo contendere ( )
If you entered a guilty plea to one count or indictment, and a not guilty
plea to another count or indictment, give details: _____

6. Kind of trial:    (Check one)
(a) Jury ( ✓ )
(b) Judge only ( )

7. Did you testify at the trial?  Yes ( ✓ )   No ( )

8. Did you appeal from the judgment of conviction?   Yes ( ✓ )   No ( )

9. If you did appeal, answer the following:
(a) Name of court THE ALABAMA COURT OF CRIMINAL APPEAL
(b) Result  AFFIRMED
(c) Date of result  OCTOBER 24, 2004
If you filed a second appeal or filed a petition for certeorari in the Supreme
Court, give details: THE SUPREME COURT OF ALABAMA

10. Other than a direct appeal from the judgment of conviction and sentence,
have you previously filed any petitions, applications, or motions with respect
to this judgment in any court, state or federal?  Yes ( ✓ )  No ( )

11. If your answer to 10 was "yes", give the following information:
(a) (1) Name of court CIRCUIT COURT OF RANDOLPH COUNTY ALA
    (2) Nature of proceeding  RULE 32. PETITION

    (3) Grounds raised EFFECTIVE ASSISTANCE OF COUNSELS AT TRIAL
AND APPEAL; THE COURT ERROR AND MISLEADING INSTRUCTION TO
THE JURY ON ACQUITTAL BEYOND A REASONABLE DOUBT; THE COURT
WAS WITHOUT JURISDICTION; COUNSEL FAILURE TO SUBPEONAED THE
FORENSIS EXPERT; COUNSEL FAILURE TO OBJECT TO THE IMPROPER
CHAIN OF CUSTODY; COUNSEL FAILURE TO OBJECT TO THE UNCERTIFIED PRIORS.
    (4) Did you receive an evidentiary hearing on your petition, application
or motion?  Yes ( )  No ( ✓ )
    (5) Result _____
    (6) Date of result  N/A

(b) As to any second petition, application or motion give the same information:
    (1) Name of court _____ N/A _____
    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____ N/A _____
    _____ N/A _____
    _____ N/A _____
    _____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
    (5) Result _____
    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:
    (1) Name of Court _____
    (2) Nature of proceeding _____ N/A _____

    (3) Grounds raised _____
    _____ N/A _____

    _____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
    (5) Result _____
    (6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
    (1) First petition, etc.    Yes ( )  No (✓)
    (2) Second petition, etc.    Yes ( )  No ( )
    (3) Third petition, etc.    Yes ( )  No ( )

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

N/A

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

> CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: PETITIONER WAS DEPRIVED OF EFFECTIVE ASSISTANCE OF COUNSEL AT TRIAL AND ON APPEAL.

Supporting FACTS (tell your story briefly without citing cases or law): COUNSEL FAILURE TO RENDERED INEFFECTIVE ASSISTANCE AT TRIAL IN VIOLATIONS OF PETITIONER 5TH, 6TH AND 14TH AMENDMENT RIGHTS.

B. Ground two: COUNSEL'S FAILURE TO OBJECT TO THE INSUFFI-CIENCY OF THE EVIDENCE AT TRIAL AND APPEALS

Supporting FACTS (tell your story briefly without citing cases or law): THE EVIDENCE AT TRIAL FAILURE TO PRODDING THE ELEMENT OF INTENT OR INTENTIONALLY TO CAUSE THE DEATH OF THE DECEASE, THERE WAS NO TESTIMONY AT TRIAL OF ANY BED BLOOD OR ILL WILL BETWEEN THE PETITIONER AND THE DECEASED.

C. Ground three: COUNSEL'S FAILURE TO OBJECT TO THE TRIAL COURT ERROR AND MISLEADING INSTRUCTION TO THE JURY ON ACQUITTA BEYOND A REASONABLE DOUBT

Supporting FACTS (tell your story briefly without citing cases or law): THE LAW IN ALABAMA ON THE PRINCIPLE OF ACQUITTAL BEYOND A REASONABLE DOUBT. A REASONABLE DOUBT MAY BE BASED ON THE EVIDENCE ADDUCED ON ANY PART OF THE EVIDENCE OR LACK OF EVIDENCE.

COUNSEL'S FAILURE TO OBJECT TO THE TRIAL COURT WAS WITHOUT JURISDICTION TO RENDER JUDGMENT

**D** Ground ~~one~~ FOUR: OR TO IMPOSE SENTENCE BECAUSE HE FAILE TO INVESTIGATE THE RECORD TO DETERMINE IF THE UNVERIFIED PRIOR NOTICE

Supporting FACTS (tell your story briefly without citing cases or law): IN ORDER TO PROVE A PRIOR FELONY CONVICTIONS THE STATE MUST PRESENT A CERTIFIED COPYS OF THE CONVICTIONS TO THE TRIAL COURT AT THE SENTENCING HEARING.

PETITIONER SENTENCE IS ILLEGAL BECAUSE OF THE UNCONSTITUTIONAL APPLICATION OF THE ALABAMA HABITUAL OFFENDER ACT. COUNSELS WAS INEFFECTIVE FOR FAILING TO MAKE AN APPRENDI OBJECTION.

**E** Ground ~~one~~ FIVE: COUNSEL'S FAILURE TO SUBPOENAED THE FORENSIS EXPERT TO TESTIFY TO HER WRITTEN REPORT AT TRIAL.

Supporting FACTS (tell your story briefly without citing cases or law): COUNSELS FAILURE TO SUBPOENAED THE FORENSIS EXPERT TO TESTIFY VIOLATED HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS WERE NO OBJECTIONS WERE MADE TO THE ABSENCE OF THE FORENSIS EXPERT WITNESS TO TESTIFY TO HER FINDINGS.

**F** Ground ~~Three~~ SIX: COUNSEL FAILURE TO OBJECT TO THE STATE ADMITTANCE OF EVIDENCE WHEN NO PROPER CHAIN OF CUSTODY WAS ESTABLISHED.

Supporting FACTS (tell your story briefly without citing cases or law): TRIAL COUNSELS WERE INEFFECTIVE FOR HIS FAILURE TO OBJECT AND CROSS EXAMINE THE WITNESS TO INSURE AND DETERMINE THE CONTENT CONDITION AND THE NUMBER OF ITEMS REVIEVED.

● G Ground ~~7~~: IT WAS ERROR FOR JUDGE TOM F. YOUNG JR. TO DISMISS THE RULE 32, WHEN HE DID NOT HAVE PERSONAL KNOWLEGE OF THE TRIAL.

Supporting FACTS (tell your story briefly without citing cases or law): THE CIRCUIT COURT JUDGE TOM F. YOUNG JR. WAS IN ERROR IN DISMISS THE RULE 32, WHEN HE WAS NOT THE JUDGE WHO PRESIDED OVER THE ORIGINAL TRIAL HE LACKING'S THE PERSONAL KNOWLENE

H
Ground 8. ON DIRECT APPEAL THIS ISSUE WERE EXHAUSTING IN THE ALA SUPREME COURT. THE TRIAL COURT PREJUDICIALLY ERRED WHEN IT REFUSED TO CHARGE THE JURY CONCERNING A LESSER INCLUDED OFFENSE.

I
Ground 9. ON DIRECT APPEAL THIS ISSUE WAS PRESERVED FOR REVIEW THE COURTS ERRONEOUS INSTRUCTION ON THE LAW OF ACCIDEN- -T WHEN HE PRESENTED ARGUMENT REGARDING'S THE LAW OF ACCIDENT AND THE A TIMELY OBJECTED MADE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )  No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing ___ RANNEY _____

(b) At arraignment and plea ____ SAME _____

(c) At trial _____ SAME _____

(d) At sentencing _____ SAME _____

(e) On appeal _____ VARNER _____

(f) In any post-conviction proceeding RULE 32 PETITION

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
ALABAMA CRIMINAL APPEALS, THE ALABAMA
SUPREME.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )    No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )    No (✓)

(a) If so, give name and location of court which imposed sentence to be served in the future: _____ N/A _____

(b) And give date and length of sentence to be served in the future: _____ N/A _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )    No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.   Executed on _11/22/05_.
(date)

_Andrew P. Burden 148280_
Signature of Petitioner