I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                     (date)

x *Andrew P. Burden*
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0.07¢ on account to his credit at the William E. Donaldson institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

**COPY FOR COURT ATTACHED**

_____
_____
_____

*[signature]*
Authorized Officer of Institution

DATE *October 25, 2005*

*Felicia H. Parson*
Notary

My Commission Expires 5/31/2008

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               W.E. DONALDSON CORR. FACILITY
```

AIS #: 148280     NAME: BURDEN, ANDREW PHILLIP          AS OF: 10/25/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| OCT | 6  | $10.58 | $0.00  |
| NOV | 30 | $0.12  | $20.00 |
| DEC | 31 | $6.99  | $40.00 |
| JAN | 31 | $4.67  | $40.00 |
| FEB | 28 | $9.85  | $0.00  |
| MAR | 31 | $3.61  | $40.00 |
| APR | 30 | $13.20 | $50.00 |
| MAY | 31 | $2.00  | $40.00 |
| JUN | 30 | $1.69  | $25.00 |
| JUL | 31 | $3.48  | $20.00 |
| AUG | 31 | $0.42  | $0.00  |
| SEP | 30 | $5.89  | $45.00 |
| OCT | 25 | $1.05  | $20.00 |