**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Troy King
Atty Gen. for the
State of AL
11 S. Union St
Mont. AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J. Givner_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Givner    12/7/05 pm

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:05CV1128-F
Proc order, Petition +
memo in supp

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0005 4584 5999

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540