THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, ) <br> AIS 148280, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN KENNETH JONES, and ) <br> THE ATTORNEY GENERAL FOR ) <br> THE STATE OF ALABAMA, ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. 05-CV-1128-F |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO ANSWER

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and move this Honorable Court for an order granting an additional 21 days within which to file their response to this Court's order entered December 6, 2005.

As grounds therefor, the Respondents set out that the undersigned counsel has begun work on the Respondents' response to Burden's unusually lengthy petition, but, because of work on other cases and the occurrence of a previously scheduled vacation, he will not be able to respond by the original due date of December 27, 2005.

Because of the above reasons and other prior commitments, an extension of time to January 17, 2006 is needed in order to prepare a thorough response to this Court's December 6, 2005 order.

          Respectfully submitted,

          Troy King (KIN047)
          *Attorney General*
          By:

          /s/Hense R. Ellis II
          Deputy Attorney General
          IDELLI9296

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document, to the following non-CM/ECF participant:

>Andrew Phillip Burden
>AIS #148280
>Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, AL  35023

>/s/Hense R. Ellis II
>Hense R. Ellis II (ELLI9296)
>Office of the Attorney General
>Alabama State House
>11 South Union Street
>Montgomery, AL  36130-0152
>Telephone:  (334) 242-7300
>Fax:  (334) 242-2848
>E-Mail:  hrellis@peoplepc.com

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
86637/BURDEN, ANDREW
88441-001