THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, <br> AIS 148280, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN KENNETH JONES, and <br> THE ATTORNEY GENERAL FOR <br> THE STATE OF ALABAMA, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-CV-1128-F <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO ANSWER

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and move this Honorable Court for an order granting an additional 21 days within which to file their response to this Court's order entered December 6, 2005. In this case, Burden petitions for reversal of his 2002 murder conviction.

As grounds therefor, the Respondents set out that, because of a death in the family, the undersigned counsel was not able to begin further work on the Respondents' response to Burden's petition until the weekend of January 14, 2006. Then, when work was begun, the undersigned was limited because the state court

files for Burden's *robbery* conviction -- instead of the files regarding the instant *murder* conviction -- had been mistakenly mailed to the undersigned, who works as a Deputy Attorney General from a remote location. The undersigned immediately ordered the correct files, but they will not arrive until January 18 or January 19, 2006.

Because of these unusual circumstances and because of work on other pending cases, the undersigned will not be able to respond by the current due date of January 17, 2005. Therefore, an extension of time to February 7, 2006 is needed in order to prepare a thorough response to this Court's December 6, 2005 order.

                Respectfully submitted,

                Troy King – KIN047
                *Attorney General*

                /s/ Hense R. Ellis II
                Hense R. Ellis
                Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify on January 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, by United States Postal Service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECT participant:

>   Andrew Phillip Burden
>   AIS #148280
>   Donaldson Correctional Facility
>   100 Warrior Lane
>   Bessemer, AL  35023

>   /s/ Hense R. Ellis II
>   Hense R. Ellis II
>   Office of the Attorney General
>   Criminal Appeals Division
>   11 South Union Street
>   Montgomery, Alabama  36130-0152
>   (334) 242-7300
>   Fax:  (334) 242-2848
>   E-Mail:  HEllis@AGO.State.Al.US

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
90961/BURDEN, ANDREW
88441-001