IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 3:05-CV-1128-WKW |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on January 17, 2006 (Court Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the respondents be GRANTED an extension from January 17, 2006 to and including January 31, 2006 to file their answer to the petition. The respondents are again *cautioned* that no additional extensions of time will be granted unless they are able to establish exceptional circumstances warranting such action.

DONE, this 18th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE