THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, <br> AIS 148280, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN KENNETH JONES, and <br> THE ATTORNEY GENERAL FOR <br> THE STATE OF ALABAMA, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 05-CV-1128-F <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENLARGEMENT OF TIME
## IN WHICH TO ANSWER

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and move this Honorable Court for an order granting an additional 3 days within which to file their response to this Court's order entered December 6, 2005. In this case, Burden petitions for reversal of his 2002 murder conviction. As grounds for this motion, the Respondents submit the following:

1. The undersigned counsel's previous motion for extension of time requested an extension up to February 7, 2006. This was necessary, because

counsel realized his long planned vacation would put him out of his office until the end of January 2006.

2. This Court's order granting that motion for extension of time to January 31, 2006, necessitates this request for an additional three days. Undersigned counsel will not return from the scheduled vacation until January 31, 2006.

3. Undersigned counsel realizes that his request for an extension of three more days is extraordinary, but under the circumstances prays for such relief. Absolutely no further extensions will be requested.

WHEREFORE, THE PREMISES CONSIDERED, the Respondents, through the undersigned counsel, request an additional three days, up to and including February 3, 2006, to file their Answer in this matter.

Respectfully submitted,

Troy King – KIN047
*Attorney General*


/s/ Hense R. Ellis II
Hense R. Ellis
Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify on January 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, by United States Postal Service, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECT participant:

>  Andrew Phillip Burden
>  AIS #148280
>  Donaldson Correctional Facility
>  100 Warrior Lane
>  Bessemer, AL  35023

>  /s/ Hense R. Ellis II
>  Hense R. Ellis II
>  Office of the Attorney General
>  Criminal Appeals Division
>  11 South Union Street
>  Montgomery, Alabama  36130-0152
>  (334) 242-7300
>  Fax:  (334) 242-2848
>  E-Mail:  HEllis@AGO.State.Al.US

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama  36130-0152
(334) 242-7300
93370/BURDEN, ANDREW
88441-001