1    Q    Do you know who?

2    A    Not at the time, I didn't.

3    Q    All right.  And, what, if anything, did you do?

4    A    Then they said, it's Shawn.  I saw my daughter running

5    down Wilkie Clark Drive and my niece they said Shawn.

6            MR. RADNEY:  Your Honor, I am going to object to

7    what these folks told her.

8            THE WITNESS:  That's the only reason I went up

9    there, because they said it was Shawn.

10           THE COURT:  Sustained.

11   MS. BALDWIN:

12   Q    Where did you go after?

13   A    I ran up the street.  I ran up the street and I turned,

14   made my little left turn, and went to Tag's house, and

15   Phillip and Shawn was fighting.

16   Q    You went down Government Street.

17   A    Come back up Government Street.

18   Q    Okay.  All right.  And, you were going to what you

19   refer to as back -- in this diagram, it would be in a

20   southerly direction.

21   A    Yes.  Coming back up and take the left.

22   Q    In front of Tag's.

23   A    Um-hmmm.

24   Q    What, if anything, did you see when you got there?

25   A    When I got there, they was in the hedges fighting.

*** Frances L. Roark ***

```
 1   Q      Who was in the hedges?

 2   A      Shawn and Phillip.

 3   Q      Where are the hedges located?

 4   A      They would be right there on the end.

 5   Q      When you say on the end, were they in this area?

 6   A      On over further in front of Tag's house.  Yeah, they

 7   come from the side of his house.  Yes, they come all the way

 8   up the back of his house and come all the way up and come to

 9   the front.

10   Q      Why don't you come down here and show me what you are

11   talking about.  Where are these hedges?

12   A      These hedges comes all the way up and all the way

13   across.  And then you go in his yard ....

14          THE COURT: Separate where the jury can see.

15          THE WITNESS:  The hedges come all the way up and

16   they come across there and then you go in his house and

17   there's another little hedge there and the driveway.

18   Q      Ms. Jeanette, why don't you show us -- draw the hedges

19   on there for us. Okay.  All right.  Where did you go?  Show

20   us the direction you went.  You don't have to draw that on

21   there, but just ....

22   A      I came back up from there and ran all the way there,

23   and they were right along in there.

24   Q      Make sure everybody on -- okay.  All right.  Now, what,

25   if anything, did you do when you saw them there in the
```

*** Frances L. Roark ***

1  hedges?

2  A    I went around.  I went all the way around.  I couldn't

3  get there.  I went all the way around on the inside of the

4  yard.  Right there.  And, I got Shawn and Lenice was already

5  there, she had Shawn and I had Shawn.

6  Q    Okay.  So, you went to the other side of the hedges and

7  Lenice was already there.

8  A    Lenice had Shawn.

9  Q    Shawn is your son?

10  A    Yes.

11  Q    Lenice is your daughter.

12  A    Yes.

13  Q    And, what, if anything, did you do after you got Shawn?

14  A    I got Shawn.  They separated them, and said, "Shawn,

15  you get across the street," and I had started across the

16  street with Shawn.

17  Q    Show us where you went then.

18  A    I came back out into the street, and we come across

19  here, come across here because my mother's house was up here,

20  and I told him to get on up the street.

21  Q    All right.  Now,  ....

22       MS. BALDWIN: Why don't you use this.  It's a little

23  longer and would be better.

24  MS. BALDWIN:

25  Q    Whenever you -- did you walk up the street with Shawn?

```
 1   A     No, I started up the street with Shawn and my daughter

 2   was coming back and Terita Hendrix called Lenice, and they

 3   had a little -- she asked Lenice did she like her or

 4   something.  So, I started back there and in the meantime when

 5   I started back there, I met James coming, James Burden,

 6   coming, and he said ....

 7              MR. RADNEY:  Object to anything James said, Your

 8   Honor.

 9              THE WITNESS:  Pardon.

10              THE COURT:  James.

11              MR. RADNEY:  Burden.

12              THE COURT:  Sustained.

13   MS. BALDWIN:

14   Q     Anyway James said something.

15   A     Yes, he said something, "Go up here and kill those

16   SBs."

17   Q     Well, now, you don't need to say what he said.

18              MR. RADNEY:  Objection and move to strike.

19   MS. BALDWIN:

20   Q     You ....

21   A     I met him.

22   Q     Okay.  You saw him.

23   A     Yes.

24   Q     All right.  Did you see Phillip?

25   A     Not right then.
```

*** Frances L. Roark ***

```
1    Q     All right.  Now, James is not charged with anything, so

2    I'm not asking you to tell me what he told you.  I'm just

3    asking you to describe what was going on at that point.  All

4    right?

5    A     All right.

6    Q     Now, after you saw James, what, if anything, did you do

7    or, what, if anything, occurred at that point?

8    A     I ran.  I was running up -- you don't want to know --

9    describe anything about James -- I was running up the road

10   behind him asking him not to go up there and not to shoot.

11   Q     That's what you were asking him not to do.

12   A     Yes.

13   Q     All right.

14   A     And, during that time, that's when Phillip came across,

15   was coming across here with the gun.

16   Q     You saw Phillip?

17   A     I was standing -- yes.  I was coming right here and

18   Phillip had the gun and I said, "Phillip, please, please,

19   don't go up there and shoot, don't go up there at my momma's

20   house and shoot."

21   Q     Why did you say that to him?

22   A     Because he had a gun.

23   Q     Describe for me what he was doing.

24   A     He was walking across the street and he had the gun.

25   Q     What did it look like?
```

1    A    It was a sawed-off shotgun.

2    Q    Okay.  And, did he say anything to you at that time?

3    A    Yes.  When I told him, I said, "Phillip, please don't

4    go up there and shoot,."

5         He turned around and he aimed it at me, and he said, "B,

6    I'll shoot you."  He said, "I'll kill you".

7         And, I said, "Phillip, you don't want to do that."

8         And then Lenice said, "Phillip, that's my momma."

9         I said, Phillip, that's somebody.  That's Jeanette.

10        And, he turned around and said, "Is that you, Ms.

11   Baker?"

12        And, I said, "Yes."

13        Then he said, "I am sorry, because I called you that

14   name.  Can I hug you?"

15        And, I said, "Yes."

16        And, he came over and he hugged me and told me he was

17   sorry for calling me out that name.  And, I said, "Phillip,

18   please don't get in trouble."  And me and him was talking.

19   During the time that we were talking some of them came up and

20   grabbed him and they were wrestling with him.  And during

21   this time, I ran on up the road then to try to stop James.

22   When I got up there James done had his pistol out.  I said,

23   "James, please don't shoot."  And, I said, "Shawn, y'all get

24   in the house."  I said, "These people got guns."  I said,

25   "Y'all get in the house."

And, so then James, he said, "Ms. Baker, I'm going to respect you too."  He said, "Can I hug you?"

And I said, "Yes."  So, when he hugged me that's when I heard Phillip and Tony coming.  He said, "Go on up there and kill them.  Kill them SBs."

Q    All right, now, Ms. Baker you said you saw Tony.  You heard him?

A    Tony was with Phillip then.

Q    All right.  Where were they at when they were together?

A    They were coming up the street.

Q    Okay.

A    Okay.  It was a car here, but there was also another car right there.  And, James was standing behind -- and I was standing there and they were coming up the street.  And, during that time, I ran behind them and was begging them, "Please don't shoot.  Please don't shoot."  And, when I got to them, he had the gun right here.

He said, "I'll blow your so and so brains out."

I said, "Please, Phillip, don't shoot," and he backed off.  And, then we were standing and I was still pleading for Rat's life.  And, we was standing, you know, behind the car. And right here is Sister Watkins.  They've got a little driveway here or they've got kind of -- too far to -- this house is too far over.  But, she's got a driveway right there.  And you have a driveway.  And this car was parked

```
 1        And, so then James, he said, "Ms. Baker, I'm going to
 2   respect you too."  He said, "Can I hug you?"
 3        And I said, "Yes."  So, when he hugged me that's when I
 4   heard Phillip and Tony coming.  He said, "Go on up there and
 5   kill them.  Kill them SBs."
 6   Q    All right, now, Ms. Baker you said you saw Tony.  You
 7   heard him?
 8   A    Tony was with Phillip then.
 9   Q    All right.  Where were they at when they were together?
10   A    They were coming up the street.
11   Q    Okay.
12   A    Okay.  It was a car here, but there was also another
13   car right there.  And, James was standing behind -- and I was
14   standing there and they were coming up the street.  And,
15   during that time, I ran behind them and was begging them,
16   "Please don't shoot.  Please don't shoot."  And, when I got
17   to them, he had the gun right here.
18        He said, "I'll blow your so and so brains out."
19        I said, "Please, Phillip, don't shoot," and he backed
20   off.  And, then we were standing and I was still pleading for
21   Rat's life.  And, we was standing, you know, behind the car.
22   And right here is Sister Watkins.  They've got a little
23   driveway here or they've got kind of -- too far to -- this
24   house is too far over.  But, she's got a driveway right
25   there.  And you have a driveway.  And this car was parked
```

1   right there in the street.  And, Tony said, "I said kill

2   them.  Shoot him."  And then Tony -- I was standing -- Rat

3   was standing right here, like.  And then I was standing, you

4   know, right there and Phillip backed off.  He was standing

5   back right along here, him and Tony.  Then Tony comes around

6   me and Rat.

7       And Rat said, Man, "I ain't done nothing to you.  He

8   said, I ain't done nothing to you."  Just like that.  And,

9   then Tony hit Rat.

10      And Rat balled his fist up, and when he balled his fist

11  up, he went to turn, and Tony said, "Shoot the MF.  Bust them

12  out. Shoot the SB."  And then Phillip shot.

13      And, I told Phillip, You done shot him.  You done killed

14  him.  You done killed him.  Rat fell so hard.  He caught his

15  face and he just fell so hard.  And, then I saw the blood and

16  I saw his brains blown out.  And then I got down on him, and

17  I said, "Rat, Rat, Rat," and then Phillip, you know, breached

18  the gun and they were backing up, him and Tony, and then they

19  took off running down the road.  And I was begging somebody

20  to come help me.  "Come help me."  Nobody came to help me.

21  And Rat just laid there.

22  (WHEREUPON, THE WITNESS BECAME UPSET.)

23  MS. BALDWIN:

24  Q    Do you need to take some time?  If you need to take

25  some time?  Have a seat.  Ms. Jeanette.

1    A    Huh?

2    Q    Do you recall where Shawn was?

3    A    She was in the house.

4    Q    Did you see him go in the house?

5    A    I saw him disappear and I ran to the house.  I said,

6    "Somebody, please call the police.  Somebody, please call the

7    ambulance."  Wasn't nobody moving.  So, I ran in my momma's

8    house to call the police.  When I called the police, they

9    said they had already been called.  Shawn was in the house

10   and I ran back out to where Rat was.

11   Q    How old was Rat if you know?

12   A    Twenty, I guess.  I don't know.

13   **(WHEREUPON, A PHOTOGRAPH WAS MARKED AS STATE EXHIBIT 8 FOR**

14   **IDENTIFICATION.)**

15   MS. BALDWIN:

16   Q    I'm going to show what I have marked as State Exhibit

17   8.  Ms. Jeanette, do you recognize what's in that picture?

18   A    That's Rat.

19   Q    Is that the way he appeared at the time of his death?

20   A    Well, you know, before he got shot.

21   Q    Yes, ma'am, but does that fairly and accurately show

22   the way he looked?

23   A    Yes.

24        MS. BALDWIN:  Your Honor, we move to admit State's

25   Exhibit 8.

*** Frances L. Roark ***

```
 1              THE COURT:  Admitted.

 2    (WHEREUPON, A PHOTOGRAPH MARKED AS STATE EXHIBIT 8 WAS

 3    ADMITTED.)

 4              MR. OWENS: Judge.

 5              THE COURT:  Let's take about a five-minute recess.

 6    (WHEREUPON, THERE WAS A FIVE-MINUTE RECESS.)

 7              THE COURT:  You may proceed.

 8    MS. BALDWIN:

 9    Q    Ms. Baker, I just have a few other questions for you.

10    You said you knew Phillip and Tony; is that correct?

11    A    Yes.

12    Q    How is it that you know them?

13    A    Tony is married, Tony with the blue stripes, is married

14    to my granddaughter.

15    Q    And your granddaughter is?

16    A    LaTarya Hendrix.  LaTarya Burden, now.

17    Q    That's Terita's daughter?

18    A    Yes.

19    Q    Now, Ms. Jeanette, you were previously talking about

20    James, and seeing James with a pistol, and asking James to

21    back off or words to that effect; is that correct?

22    A    Yes.

23    Q    Now, at the time that Jermicah was actually shot, was

24    James there at that time?  Do you recall seeing him there?

25    A    It was a lot of people out there.  So, I don't know
```

1    whether he was still behind the car or whether, you know,

2    beside them or not.

3    Q    But, he did not shoot anyone?

4    A    No.  James did not shoot.

5    Q    Did he fire that pistol?

6    A    No.

7    Q    Now, at the time you said there was another car behind

8    the one that is depicted on the diagram; is that correct?

9    A    Yes.

10   Q    You don't whose car that was or do you know?

11   A    I don't know whether it belonged to some of the Nolands

12   or who, but it was another car there.

13   Q    All right.  The car that was there on the street, do

14   you know whose that was?

15   A    It was an old car that belonged to my nephew.

16   Q    And, the house that you marked as mother's house, that

17   is the house also that your sister lives in now?

18   A    My sister lives there.

19   Q    Your sister's name is Michelin--

20   A    Winston.

21   Q    -- Winston.

22        But, it is your mother's old home place?

23   A    Yes.

24   Q    And, I believe you said that when Tony came around you

25   -- well, that he came around you to get to Jermicah; is that

*** Frances L. Roark ***

```
 1   correct?

 2   A      Yes.

 3   Q      Do you recall, at all, where Shawn was at that point,

 4   if you know?

 5   A      In the house, I guess.  In the house.

 6   Q      Now, after Tony went around you to get to Jermicah,

 7   what happened at that point with regard to Jermicah?  Did he

 8   respond in any sort of way?

 9   A      When Tony hit him.  Rat balled his fist up.  Just as he

10   went to turn that's when Tony said, "Bust him. Shoot the MF.

11   Shoot the SB," and Phillip shot.

12   Q      And, do you recall how -- where Phillip was standing in

13   proximity to Jermicah and Tony at that time?

14   A      Okay.  Tony was -- well, like, I said, I was standing

15   -- this was Rat.  And this is me standing right here.  And

16   Tony came behind us and Phillip was standing over there.  It

17   was a driveway, you know, the Watkins' driveway, and he was

18   standing.

19   Q      Okay.  So, this is the Watkins' residence?  Where do

20   you say the Watkins' residence was?

21   A      This would be like the Watkins' driveway.  This is over

22   a little bit far.  This house is.  But, anyway, the driveway

23   would have been along here.  And, the driveway to the

24   Noland's house was right there.  And, Rat was standing about

25   right there.  And, I was standing here.  Phillip was standing
```

1    about right along there.

2    Q    All right.  And, when he was shot, did he immediately

3    hit the ground or do you know?

4    A    He ....

5    Q    Did he move from the spot where you said he was?

6    A    No, no, he just covered his face and dropped his hand

7    and fell forward so hard and that's when I saw all the blood

8    and his brains.

9         MS. BALDWIN:  Okay.  Ms. Jeanette, I don't have

10   anything further.  Just have a seat over there.  Okay?

11        THE COURT:  Cross examination?

12                    **CROSS EXAMINATION**

13   **BY MR. RADNEY:**

14   Q    Ms. Baker, I am Thomas Radney.  We have met before.  I

15   just have a couple of questions for you today.  Okay?

16        When you first came out there that day, you were down

17   Government Street, down here at the Hendrix; correct?

18   A    Yes.

19   Q    Down here arguing or, not arguing, talking with Rita

20   and such; correct?

21   A    Yes.

22   Q    And, you get called up here back toward Tag's house or

23   get word there's a fight up there; correct?

24   A    Yes.

25   Q    And, the fight up there is between Phillip and your

*** Frances L. Roark ***

1    son, Shawn; correct?

2    A    Yes.

3    Q    That's the fight that is going on that you have to help

4    break up; correct?

5    A    Yes.

6    Q    And, Shawn, who is winning?  Who is beating who up?

7    A    I don't know who was beating who up.  When I got there

8    Shawn was on top of Phillip.

9    Q    Shawn was on top of Phillip, beating him.

10   A    Yes.

11   Q    Phillip gets a pretty good busted up eye, doesn't he?

12   A    Yes.  Shawn also had a bloody nose.

13   Q    And, you are breaking this fight up; correct?

14   A    Yes.

15   Q    Were you there to see Shawn's girlfriend take her shoe

16   off and beat Phillip?

17   A    No, sir.

18   Q    You didn't see that?

19   A    No, sir, I was trying -- I didn't see that.  I was

20   trying to separate them.

21   Q    After that happened, a few minutes later; isn't it true

22   that Shawn is jumping up and down on this car, screaming and

23   cussing and threatening at Phillip, saying come up here and

24   get some more, and that sort of stuff?

25   A    I don't know.  He was jumping up on the car.

*** Frances L. Roark ***

```
 1   Q     Didn't you hear him threatening back toward Phillip?

 2   A     No.  I just heard him say, "Y'all cowards.  You have to

 3   go get guns."  And, he said, "I whipped you, but you have to

 4   go get guns."

 5   Q     I whupped you.  I whupped you.

 6   A     Yes.

 7   Q     Called them cowards, but you didn't hear the cussing

 8   part.  You just heard the word coward; is that what you're

 9   telling me?

10   A     No, sir, I didn't hear anything.

11   Q     That was Shawn.

12   A     Yes.

13   Q     Rat wasn't doing any of this cussing and screaming and

14   threatening?

15   A     I didn't hear Rat say a word.  Because I thought Rat --

16   when I told them to go in the house, I thought they all went

17   in the house.

18   Q     Rat was not screaming, cussing, fighting, threatening

19   toward Phillip in any way, was he?

20   A     Like I say, I did not see Rat until I got up there and

21   saw Phillip with the gun on him.

22   Q     You heard Shawn.

23   A     Yes.

24   Q     And you heard Shawn say coward and that sort of stuff.

25   A     Yes.  And, I told him to get in the house, because
```

| | |
|---|---|
| 1 | James had the gun pointed at him. |
| 2 | Q    You didn't hear Rat say any sort of threatening words |
| 3 | or whatever. |
| 4 | A    No, sure did not. |
| 5 | Q    And, you didn't hear Phillip say any sort of |
| 6 | threatening words toward Rat. |
| 7 | A    I didn't hear Phillip.  He just said, .... |
| 8 | Q    You have answered my question, ma'am. |
| 9 | A    He told me he'd blow his brains out. |
| 10 | Q    You out there on Friday night -- |
| 11 | A    Yes, sir. |
| 12 | Q    -- before; correct? |
| 13 | A    Yes, sir. |
| 14 | Q    And Rat was out there with a gun. |
| 15 | A    No, sir, not Friday night. |
| 16 | Q    Was that Saturday night when he was out there with a |
| 17 | gun? |
| 18 | A    It started on Friday night, but on a Saturday night Rat |
| 19 | did not have a gun. |
| 20 | Q    Rat did not have a gun? |
| 21 | A    No, sir. |
| 22 | Q    You understand that Ms. Hendrix and some others say |
| 23 | that Rat was out there with a gun. |
| 24 | A    He did not have a gun.  I wouldn't lie.  He did not |
| 25 | have a gun, sir. |

*** Frances L. Roark ***

1    Q      You were out there --

2    A      Yes, sir.

3    Q      -- that night during this commotion on Friday and

4    Saturday night; correct?

5    A      I wasn't there at the commotion on Friday night.  We

6    was called from the Pizza Hut and said something had gone on

7    Friday night and I went down to talk to my grandson.

8    Q      Friday night.  Did you go down there on Saturday night

9    when they were having all this commotion?

10   A      The fight had been when I got there.

11   Q      Oh, okay.  You don't live in this area.  Your house

12   actually would be right over in here somewhere; is that

13   right?

14   A      A block over; yes.

15   Q      A block over and down right along in here; correct?

16   A      Yes.

17   Q      Did you see Rat with a weapon on this Sunday?

18   A      No, sir.

19   Q      Did you see a gun on Rat?

20   A      No, sir, I didn't.

21   Q      Are you aware he had a box cutter on him?

22   A      No, sir, I was not aware.

23   Q      Not aware of that.

24   A      No, sir.  He had nothing in his hand.

25   Q      Several people, including you, were around Phillip,

*** Frances L. Roark ***

*** Frances L. Roark ***

1    saying, "Don't go up there; don't do anything," that sort of

2    stuff.   Correct?

3    A      When he came over and hugged me?

4    Q      Around that time and then after that.

5    A      I don't know whether anyone else was telling him that.

6    I was begging for Rat's life.

7    Q      You were begging and you were right around him, right

8    around him, and you hugged, and you were very near each other

9    in this area; correct?

10   A      Right down at the corner, at the corner.

11   Q      And, there were lots of people around there; correct?

12   A      Yes.

13   Q      And, Rita and your daughter Lenice were down there at

14   the corner of Government and Riley sort of arguing when this

15   was going on; correct?

16   A      At the back of the hall.

17   Q      At the back of lodge hall there.

18   A      Yeah, because I started to get my car.  I left my car

19   parked down in the street.

20   Q      And when Phillip walked up and spoke with Rat, they

21   backed off and Rat made some comment about I got no problem

22   with you and Phillip put the gun down and agreed there was no

23   problem.

24   A      He said, "I ain't done nothing to you, man."

25   Q      He responded the same way.

*** Frances L. Roark ***

```
 1    A      He backed off.

 2    Q      Right.  The problem on Friday night or on Saturday

 3   night had been that Rat had supposedly gone to the police and

 4   told on Wendell Hendrix and some other folks; is that

 5   correct?

 6    A      That is correct.

 7    Q      Phillip didn't have anything to do with what went on

 8   Friday night or Saturday night; correct?

 9    A      No, sir.  No, sir.

10    Q      Rat is your nephew that you loved very much; correct?

11    A      That is right.

12    Q      And, this is his picture that the State has exhibited.

13   Didn't he actually have a do rag thing on that night?

14    A      Black do rag.

15    Q      And an earring in which ear?  Do you remember?

16    A      I don't remember, sir.  But he had a black do rag on.

17    Q      And had you been drinking that day?

18    A      I don't drink, sir.

19    Q      Had other folks around there been drinking that day?

20    A      I can't prove that they did.

21    Q      You think they had been, though?

22    A      Yes, sir.

23    Q      Tag sells drinks to anybody who will knock on his door,

24   doesn't he?

25    A      Well, ....
```

*** Frances L. Roark ***

1   Q      That's where the folks were when it all started.

2   A      That's where folks were; yes.

3   Q      Shawn was known to hang out there at Tag's and have a

4   drink every once in a while; correct?

5   A      Well, everybody hangs there.

6   Q      Everybody was.  Phillip or whoever else was known to go

7   over to Tag's house and have a few drinks; correct?

8   A      Yes.

9   Q      And, on this particular day, you say, you don't drink,

10  and you had not been over there, but the rest of them may

11  very well have been; correct?

12  A      I don't hang there.

13  Q      What about Lenice, does she go over there drinking?

14  A      No.

15  Q      What about Rita Hendrix?

16  A      No, I don't think Rita goes there and drinks.

17  Q      Men.  More likely the men hung out there drinking than

18  the women; is that right?

19  A      There are some women that hang there, but I guess there

20  would be women  ....

21  Q      When you were talking to Phillip there on the street,

22  there in the beginning, he didn't even recognize you.

23  Somebody had to say that's Ms. Baker; correct?

24  A      Right, because he was looking forward.

25  Q      He was looking forward and he had one eye that was good

*** Frances L. Roark ***

```
1    and messed up that he might not could see out of; is that
2    right?
3    A      No, he was just ....
4              MS. BALDWIN: She's not going to know that.
5              THE COURT:  Sustained.  You don't have to answer
6    that.
7              MR. RADNEY:  I'll move on, Ms. Baker.
8    MR. RADNEY:
9    Q      You knew Rat very well; correct?
10   A      Yes.
11   Q      As a member of your family; correct?
12   A      Yes.
13   Q      And, you and Rat lived near each other there; correct?
14   A      Yes.
15   Q      And, y'all were friends of the same people and went to
16   the same places; correct?  Meaning, you knew a lot of the
17   same folks, hung in the same community together; correct?
18   A      Yes.
19   Q      You were in the same family.  You and Rat are in the
20   same family.
21   A      That is right.
22   Q      What was Rat's reputation in the community, in the
23   family, his general reputation for being a violent person?
24   Did you know him to be a violent person?
25   A      No, he just had problems.
```

1  Q     Are you aware that in 1999, he was convicted of

2  criminal possession of an explosive and attempted arson?

3  A     I don't see what that have to do with him killing Rat.

4  Q     My question, ma'am, were you aware of that?

5  **(WHEREUPON, A DOCUMENT WAS MARKED AS DEFENDANT 1 FOR**

6  **IDENTIFICATION.)**

7         MR. RADNEY:  Judge, I move to admit a certified

8  copy of that conviction.

9         THE WITNESS:  He didn't have anything that day.

10  (WHEREUPON, THERE WAS A SIDE BAR HELD OFF THE RECORD.)

11         THE COURT: Ladies and gentlemen, step back to the

12  jury room with Ms. Sheppard for just a minute.

13  (JURY OUT)

14         MR. RADNEY:  My understanding, under the Rules of

15  Evidence, I have the right to ask about the general

16  reputation for violence of the victim.  I asked that of this

17  witness.  She said she didn't know him to be a violent

18  person.  I, therefore, have the right to cross examine her

19  with the conviction under the question that the Rules says,

20  "Have you heard or did you know that he was convicted of

21  this". I think it falls well within the Rule.

22         THE COURT: The reason I sent the jury out is, is

23  this a juvenile record?

24         MR. RADNEY:  No, no.

25         MS. BALDWIN: There were some juveniles, Judge, and

*** Frances L. Roark ***

```
1    I couldn't remember.

2             MR. RADNEY:  Circuit Court 1999.  Case number

3    99-08, convicted, signed by Circuit Judge Dale Segrest, three

4    years sentence, criminal possession of an explosive and

5    attempted arson.

6             MR. CLARK: Let's check the Rule a minute.

7    Ordinarily it is a Defense witness getting on the witness

8    stand to testify about good reputation being depicted by

9    evidence like that.

10            MR. RADNEY:  You are exactly right.

11            MR. CLARK: You asked her a reputation question, and

12   she said she didn't know his reputation.

13            MR. OWENS:  For violence.

14            MR. RADNEY:  We can go back and ask Frances to read

15   it.  I think she said she knew his reputation and she did not

16   know him to be a violent person, which I can turn any witness

17   that is on the stand into my witness any time I want to.  I

18   don't have to call them and say this is a character witness

19   in order to get character out.  I can ask the police or

20   anyone else what's his character if they have appropriate

21   ties to the community.

22            MS. BALDWIN:  I think the Rules require him to call

23   them for that purpose.

24            MR. RADNEY:  Most certainly does not.  Let me

25   finish, Judge.
```

*** Frances L. Roark ***

*** Frances L. Roark ***

```
 1              THE COURT:  Wait a minute.

 2              MR. RADNEY:  She says she knew in the community,

 3    knew his reputation, and she said she didn't know him to be

 4    violent.  I, therefore, then have a right to cross examine

 5    her with a conviction.

 6              MS. BALDWIN: What Rule?

 7              MR. RADNEY:  404.

 8              THE COURT: This is ordinarily only triggered when

 9    the Defendant's good character, or lack of propensity for

10    violence is put into question.

11              MR. RADNEY:  No, sir, Judge.  Rule 404 very

12    specifically says in criminal cases evidence of a ....

13              MR. CLARK: Where are you reading from?

14              MR. RADNEY:  404A(1)(a), Character of Victim,

15    evidence of a pertinent trait of character of the victim of a

16    crime offered by an accused.  That is admissible.  I am,

17    therefore, asking her that question.  She says she knows his

18    reputation.  She has the appropriate ties to the community to

19    have the basis.  She says she doesn't know him to be a

20    violent person.  That opens the door for me to impeach her

21    with a conviction.

22              MR. CLARK: You say 404A(1)(a)?

23              MR. RADNEY:  That's it.

24              MR. CLARK: Evidence of a person's character or

25    trait of character is not admissible for the purpose of
```

*** Frances L. Roark ***

```
 1    proving action in conformity therewith.  Character of the

 2    accused ....

 3           MR. RADNEY:  Character of the victim is what we're

 4    talking about.  We have not put character of the accused at

 5    issue yet.  We may call character witnesses, but we have not

 6    made that decision.

 7           THE COURT:  Have you already done that?

 8           MR. RADNEY:  No, sir, we have not mentioned the

 9    character of the accused.

10           MR. OWENS:  How, Judge?

11           MR. RADNEY:  We have not said one way or the other,

12    good or bad.

13           MR. OWENS:  But that Rule is not just written for

14    the accused.  It is any person's whose character is at issue.

15           MR. RADNEY:  It specifically references the victim.

16    Judge, as I see it, you simply need to rule on the

17    admissibility of the Defendant's Exhibit 1 that I moved to

18    admit and make a decision as to whether you choose to strike

19    my question, which I think would be improper.

20           THE COURT:  Objection overruled.  It is admitted.

21    (WHEREUPON, A DOCUMENT MARKED DEFENDANT EXHIBIT 1 WAS

22    ADMITTED.)

23           MR. CLARK: Let me say A(1)(a) is just an

24    introductory paragraph.  It doesn't do or not do anything.

25           THE COURT:  It is already done.
```

*** Frances L. Roark ***

```
 1   (JURY PRESENT)

 2            MR. RADNEY:  Your Honor, for the record, we move to

 3   admit Defendant's 1, 1999 conviction of Jermicah Foster,

 4   criminal possession of explosive and attempted arson.

 5            THE COURT: Admitted.

 6            MR. RADNEY:  Nothing further of this witness.

 7            THE COURT Mr. Owens.

 8                        CROSS EXAMINATION

 9   BY MR. OWENS:

10   Q    Ms. Baker, my name is Nathaniel Owens.  I am attorney

11   of record representing Tony Burden.  Okay?  I need to ask you

12   some questions.

13        You told us that your granddaughter is married to Tony.

14   A    Yes.

15   Q    Were you in favor of that marriage or did you verbalize

16   opposition to it?

17   A    What you mean?

18   Q    Did you say that you did not want your daughter,

19   granddaughter to marry Tony Burden to anybody?

20   A    Probably when we was talking to the mother, I told her

21   she was too young to marry probably.

22   Q    Did you see your granddaughter out there that Sunday?

23   A    No, I didn't see my granddaughter out there that

24   Sunday.

25   Q    You didn't see her?
```

```
 1    A       No.

 2    Q       You didn't see her come up to her husband and grab him?

 3    A       No, she didn't.

 4    Q       But you didn't see her?

 5    A       No.  She did not come where the shooting occurred.  She

 6    was not there, because they backed up and ran down the road.

 7    Q       They backed up and ran down the road.

 8    A       Yes.

 9    Q       Who are you talking about, they backed up?

10    A       Phillip and Tony.

11    Q       You are talking about after the shooting?

12    A       After the shooting; yes, sir.

13    Q       Well, let's see if we can clear up some things.  Did

14    you see Shawn's girlfriend and -- what's her name by the way?

15    A       I call her Shy.

16    Q       You call her Shy.

17    A       Um-hmmm.

18    Q       Did you see her at Tag's house when you went over there

19    to break up the fight?

20    A       I saw her.

21    Q       You saw her.

22    A       Yes.

23    Q       Was she on the inside of the hedges or on the outside

24    of the hedges that you have drawn?

25    A       I know she was there.
```

*** Frances L. Roark ***

1   Q    You know she was there.

2   A    Yes, sir.

3   Q    When you got there, you have testified earlier that

4   Shawn was on top of Phillip; is that correct?

5   A    They were in the hedges; yes.

6   Q    They were still in the hedges.

7   A    Yes, they were over in the hedges there.

8   Q    When you got there, was Phillip bleeding from his eye?

9   A    I didn't see any blood, sir.

10  Q    You didn't see any blood.

11  A    I saw his blood shot.  I didn't see any blood.  Just

12  saw blood shot; yes, sir.

13  Q    No blood.  When you went to, as you testified earlier,

14  the inside of the hedges, were they laying over in that area

15  where you were or were they on the outside?

16  A    They were over in the hedges.  I can't say whether it

17  was outside, but they were over in the hedges, you know.

18  Right there at the edge of the hedges.

19  Q    You have drawn this is Tag's house.

20  A    Yes.

21  Q    And, it is your testimony that they were inside the

22  hedges?

23  A    Yes.

24  Q    Or across the hedges.  Do you want to step down here,

25  please, ma'am, and help me?

*** Frances L. Roark ***

```
 1              MR. OWENS:  Where's that pointer?  Thank you.

 2   MR. OWENS:

 3   Q    If you would, point out where they were in the hedges.

 4   A    They were right along in there.

 5   Q    All right.  When you got there, name the people that

 6   you saw, that you remember, when you got there and saw them

 7   in the hedges.

 8   A    I remember Phillip.  I didn't see Tony.  But I remember

 9   Phillip and I remember Shawn.  I remember Tag.  I remember

10   Pokey.  I remember -- I think, I think I remember Jim Dandy,

11   and I'm not sure, and some more people and Shy.  There were

12   several people out there.

13   Q    Several people.

14   A    Several people out there.

15   Q    Do you remember seeing a young man that was kind of

16   tall that came in here yesterday.  Was he there?

17   A    Young man that was kind of tall?

18   Q    The first witness in this trial, did you see him?

19   A    I can't say.  I was there trying to stop the fight,

20   sir.

21   Q    I see.  Did you see Lenice?

22   A    Yes.

23   Q    Where was she?

24   A    She was on the inside of the hedges too.

25   Q    You didn't name her.  Did you see Marquail?
```

1   A    Marquail?  That was the first witness you said.

2   Q    Oh, that's him.  That's his name.

3   A    That's his name.

4   Q    You don't remember seeing him?

5   A    No, sir.

6   Q    What about Leonard Baker?

7   A    Who?

8   Q    Leonard Baker.

9   A    Unh-huh.  He wasn't there.

10  Q    He wasn't there?

11  A    No.

12  Q    What about Tonya?  Did you see her?

13  A    Tonya came across the street.  Like I said, I went

14  there and I was too busy trying to get them apart.  I can't

15  say who all was there, sir, because I was focused on getting

16  them apart, and getting Shawn up the street.

17  Q    When you got there, did you recall hitting Shawn on the

18  shoulder, or on the side of the head, or anywhere trying to

19  get his attention?

20  A    I hit him and said, "Come, on, boy, let's go.  Get up

21  the road."

22  Q    Did you see what he did after you hit him?

23  A    No.

24  Q    You don't know what he did?

25  A    No.

*** Frances L. Roark ***

1   Q      You didn't see him kick Phillip?

2   A      No, sir, not really.

3   Q      Have a seat back over there.

4          You testified a little bit about hearing Shawn say some

5   things about what had happened after this fight.

6   A      Yes.  I heard him say just -- I heard him say, "You

7   cowards.  Y'all had to go get guns."

8   Q      How long a period of time was it from the time you saw

9   Phillip leave that you saw him come back?

10  A      It wasn't too long.

11  Q      But it was a period of time?

12  A      He had time to think, I could say that.

13  Q      Okay.  You feel like he had time to think?

14  A      Yes, sir, he had time to think.

15  Q      When you saw Phillip with the gun that you say you saw

16  him with.

17  A      Um-hmmm.  Sir, I had to see a gun, because he pointed

18  it at me with the hammer cocked back and said, "I'll kill

19  you."

20  Q      Do you recall what you said just before he pointed it

21  at you?

22  A      I asked him not to go up and shoot, sir.

23  Q      Do you recall saying anything else?

24  A      No.  I just told him don't go up to my mother's house

25  and shoot.  I was begging Phillip.

1    Q    Do you recall saying anything else?

2    A    No.

3    Q    If a witness says that they heard you say some things,

4    would you deny that this was a heated situation?

5    A    I sure would.

6    Q    So, everybody was calm?

7         MS. BALDWIN: Judge, I object to the way he's

8    phrasing the questions.  He's not even asking her.

9         THE COURT:  Sustained.  You don't have to answer.

10   Sustained.  Go ahead.

11   MR. OWENS:

12   Q    Do you recall seeing your son jumping up and down on

13   the car?

14   A    I saw him standing on the car, sir.

15   Q    You saw him standing on the car and this was after you

16   had told him to go in the house; is that correct?

17   A    No.  This was before I told him in to go in the house,

18   because Mr. James Burden had the gun pointed at him while he

19   was standing on the back of the car.

20   Q    While he was standing on the back of the car, was your

21   son at that time saying the words you told us earlier about

22   coward and some other wards?

23   A    That's when he said it; yes, sir.

24   Q    Was he also yelling?

25   A    Well, I guess you would say -- to make them hear, I

*** Frances L. Roark ***

1   guess you would say he just yelled, "Y'all cowards," while he

2   was standing on the back of the car.

3   Q    Isn't it a fact that Phillip Burden got calmed down by

4   you and some of the others who were talking to him while he

5   was out there?

6   A    He got -- Phillip -- I was talking to Phillip.  After

7   he hugged me, I said, "Phillip, please don't get in no

8   trouble."  I said, "Listen to me."  And, that's when, I don't

9   know if it was Pokey or, somebody came up and grabbed him and

10  they was tussling over the gun.  That's when I ran up the

11  road to stop James.

12  Q    How long a period of time was it that Phillip and

13  others hesitated or did not come up the road?

14  A    It was not that long.

15  Q    Wasn't that long.

16  A    No, because when I got to James, I said, "James, please

17  don't shoot."

18       And then he turned around and he said, "Okay, Ms. Baker,

19  I am going to respect you, too.  He said, "Would you forgive

20  me?"  And he hugged me and that's when Phillip -- I heard

21  Phillip and Tony coming back.

22  Q    Before Phillip had the gun pointed at Rat, wasn't he

23  after Shawn?

24  A    I guess he was.  I don't know.

25  Q    You guess he was.

```
 1    A      Yes, sir.

 2    Q      Well, had you seen he and Rat shake hands out there?

 3    A      No.

 4    Q      You didn't see that?

 5    A      No.

 6    Q      So, you didn't get to Tag's in time to see what was

 7  going on between Rat and Phillip?

 8    A      No.

 9    Q      Did you see Phillip and Rat talk to each other out

10  there before this shot?

11    A      I was not there, sir.

12    Q      You were not there?

13    A      Talking about before shot?

14    Q      Yes, ma'am.

15    A      Oh, I saw Phillip when he had the gun and Rat told him,

16  "Man, I haven't done anything to you."

17    Q      Did he believe him?

18    A      Who?

19    Q      Phillip.

20             MS. BALDWIN: Judge, I object.

21             THE COURT:  Sustained.

22             MS. BALDWIN:  I don't know that she knows ....

23             MR. OWENS:  Excuse me.  I withdraw that question.

24  MR. OWENS:

25    Q    Did Phillip respond to Rat when Rat said, I don't have
```

1    anything to do with that?

2    A    I don't know whether he responded to Rat or me, because

3    I was begging him and he stepped back.

4    Q    Phillip stepped back.

5    A    Yes.

6    Q    What was Shawn doing when Phillip stepped back?

7    A    Shawn was not out there.

8    Q    Isn't it a fact that Shawn was in fact yelling?

9    A    Shawn was not out there when Phillip shot Rat.

10   Q    Let's talk about Friday night.  You don't live anywhere

11   real close to the Hendrix house, do you?

12   A    Like I say, it is just a block from where -- I live

13   over on Avenue A, then you have got Riley Street, and I just

14   come from my house and go down Government Street.

15   Q    Okay.  Did you have occasion to go to the Hendrix house

16   and the Hendrix house I am referring to is at -- what is the

17   address?  Do you know?

18   A    No, I just say it is on Government Street.  I don't

19   know.

20   Q    On Government.

21   A    Yes.

22   Q    Is that where Katie Hendrix lives?

23   A    Yes.

24   Q    Is that where -- who else lives at that house?

25   A    Katie, Taya, Man and Tony was staying there, I guess.

*** Frances L. Roark ***

1    Q    What was your occasion for going to that house on

2    Friday night?

3    A    I went to talk to my grandson, because I had come and

4    got him out of jail that Friday, and I told him, because they

5    come and said they were going to jump on Rat.  They had had

6    an altercation that Friday night.  And we was at Pizza Hut.

7    And, they came and told us and we left PIzza Hut and I went

8    to Katie's house.  I went to talk to my grandson.  And I was

9    talking to my grandson.  I said, "Son, don't get in trouble."

10   I said, "I just made your bond, and I told you, if you get in

11   trouble, I was going to come off your bond."

12       He said, Momma, "I'm not going to do it."  He said,

13   "I'll let my boys do it."

14   Q    This was your son Shawn who said that?

15   A    No, my grandson. At the Hendrix house.  You asked me

16    where I was.  This was at the Hendrix house, sir.

17   Q    Did you have a conversation with Katie Hendrix at the

18   time you were there?

19   A    We just talked about it.  The situation.  What had

20   happened.  Because they thought Rat had squealed on them.

21   Q    Did Ms. Hendrix ask you to leave her home?

22   A    Not that Friday night; no, sir.

23   Q    On Saturday night, did you go back to the Hendrix

24   house?

25   A    I went down in the street to get Rat from down there.

*** Frances L. Roark ***

*** Frances L. Roark ***

1    Q      Did you on Saturday night have a conversation with

2    Ms. Hendrix?

3    A      Yes, sir.

4    Q      Did she ask you to leave her property?

5    A      I was right at the edge of her driveway and she said,

6    "Jeanette, you leave.  Why'd you bring Rat down here?"

7        I said, "I didn't bring Rat down here.  I came down here

8    to get Rat, Katie," and I said, "If y'all was right, you

9    would call the police instead of all of them jumping on him,

10   fighting."  I said, "If you had been a woman, if they'd been

11   right, they would have called the police, and all this could

12   have been hendered."

13   Q      Are you aware that there was a police --

14   A      Yes.

15   Q      -- request on Friday night and one on Saturday night?

16   A      I asked them to call the police, sir.

17   Q      Did you ever call the police, at any time, during that

18   Friday or Saturday night?

19   A      No, I asked Penny, my nephew's daughter, I said, Penny,

20   would you go in and call the police?  I said, "Would

21   somebody, please, go call the police."  And, a policeman came

22   out.  I stood there and I talked with the police when we was

23   down in the street in front of Katie's house.

24   Q      Was this on Friday or Saturday?

25   A      This was on Saturday night.

*** Frances L. Roark ***

```
1    Q     On Saturday night.

2    A     Yes, sir.

3    Q     Did you have occasion to go in the yard of Katie

4    Hendrix on Saturday night and search around in the grass for

5    any object?

6    A     No.  Why would I do that, sir?

7    Q     I just asked:  Did you?

8    A     No.

9    Q     You did not?

10   A     I just walked up on right there where I was talking to

11   them in her driveway.  I was not searching for an object.

12   Why would I search for an object?  What kind of object?

13   Q     Well, did you have occasion to search for a gun that

14   Rat had?

15   A     Why would I search for a gun, sir?  He didn't have a

16   gun.  I didn't see Rat with a gun.

17   Q     Okay.  Did you and Shawn have -- let me ask about -- I

18   withdraw that question.

19        Let me ask you this question:  Did you have your son

20   Shawn arrested after this shooting?

21             MS. BALDWIN: Judge, we object.

22             THE WITNESS:  What you mean after the shooting?

23             MS. BALDWIN: Wait a second.  Judge, I objected.

24             THE COURT Sustained.  Go ahead.

25   MR. OWENS:
```

*** Frances L. Roark ***

*** Frances L. Roark ***

1    Q    Where was Pookey that day?  That Sunday.

2    A    Who?

3    Q    Pookey?

4    Q    Pokey.  I'm sorry.  I called him Pookey.

5    A    Um-hmmm.  When I got up there, they was all standing

6    right out in front of Tag's yard.  I think it was Pokey that

7    came and grabbed Phillip after he came over and hugged me.  I

8    am not sure, sir.

9              MR. OWENS:  That's all right now, Judge.

10             THE COURT:  Anything further?

11             MR. RADNEY:  Judge, I have a couple of follow-up

12   questions.

13                   **RECROSS EXAMINATION**

14   **BY MR. RADNEY:**

15   Q    Pokey was very near Phillip when Rat got shot; correct?

16   A    I said I didn't see Pokey because I was too busy

17   begging and trying to stop and Tony -- I was talking to --

18   Q    You didn't see him?

19   A    -- James.

20   Q    James.

21   A    No.

22   Q    Who were you talking to?

23   A    When I got there where me and Rat ....

24   Q    Hold on.  Listen to my question.  When Rat got shot,

25   Pokey was very near Phillip; is that a true statement?

```
 1   A     I don't know, sir.

 2   Q     You don't know?

 3   A     I don't remember seeing him.

 4   Q     You were very near Phillip --

 5   A     No, I was not very near him.

 6   Q     -- when Rat got shot.

 7   A     No, sir.

 8   Q     You were very near Rat.

 9   A     I was near Rat; yes, sir.

10   Q     But, you didn't see whether Pokey was very near Phillip

11   or not, one way or the other?

12   A     No, sir, because I'm too busy pleading not to kill, not

13   to shoot, that's all.

14   Q     And, where is your son Shawn living right now?

15   A     Shawn is in prison.

16         MS. BALDWIN: I object to that.

17         THE COURT: Sustained.

18   MR. RADNEY.

19   Q     You were out in the street out there on Friday night

20   for a little while.

21   A     I went up to Katie's.

22   Q     And then Saturday night.

23   A     I went to get -- my sister called me and told me they

24   had jumped on Rat.  All of them had jumped on Rat.

25   Q     Had jumped on Rat.
```

*** Frances L. Roark ***

```
 1   A      I went to get Rat; yes.

 2   Q      When you say all you're not talking about Phillip?

 3   A      No, Phillip was not there.

 4   Q      He wasn't around at all.  You're talking about other

 5   folks. Wendell and some of those folks.

 6   A      Phillip was not there.

 7   Q      Was Tony there?

 8   A      Tony was there that Saturday night.

 9   Q      Not on Friday night.

10   A      I don't know.  I don't remember Tony Friday night.

11   Q      Did you see police over in that area a lot, around your

12   house, Riley Street, Wilkie Clark, Government Street.  Do the

13   police run patrol through there a lot?

14   A      Yes.  I asked them that Saturday night after that fight

15   to stay there and patrol, because I felt like something bad

16   was going to happen and they stayed there.

17   Q      You feel like the police need to patrol there more

18   often; correct?

19          MS. BALDWIN: Judge, I'm going to object.  This is

20   irrelevant.

21          THE COURT Sustained.

22          MR. RADNEY:  I think it is very relevant because I

23   may have a couple more questions to tie it up.

24          THE COURT: Let's tie it up quick.

25   MR. RADNEY:
```

*** Frances L. Roark ***

```
 1   Q      High crime area over there, ma'am?  Lot of crime?

 2   Drugs?  High crime area over there?

 3   A      Drugs?  Drugs are everywhere, sir.

 4   Q      But you feel like that is a problem in that area, don't

 5   you?

 6              MS. BALDWIN: Judge, I'm going to object.

 7              THE COURT: Sustained.

 8              MR. RADNEY:  Nothing further, Judge.

 9              THE COURT:  Anything further?

10        You may step down.  Thank you, ma'am.

11   (WHEREUPON, THE WITNESS WAS EXCUSED.).

12              THE COURT:  Call your next witness.

13   (WHEREUPON, THERE WAS A SIDE BAR HELD OFF THE RECORD.)

14              THE COURT:  Ladies and gentlemen, I need for you to

15   step back to the jury room for a few minutes.

16   (WHEREUPON,  A SIDE BAR WAS HELD OFF THE RECORD.)

17              MR. RADNEY:  We want -- the State has made us aware

18   of some issues as relates to serving a particular witness and

19   we have reached some stipulations as regards to that, and I

20   would like to put it on the record with both Defendants here

21   to show that they acquiesce in their decision, and that the

22   decision is that the report of the medical examiner would be

23   admissible.  Additionally, Judge, that the report of Ms.

24   Parish that would testify whose evidence is that the victim

25   had marijuana in his system would also be admissible.
```

*** Frances L. Roark ***

1          MS. BALDWIN: Specifically in his urine.

2          MR. RADNEY:  Specifically in his urine.

3          MS. BALDWIN:  That's all they tested.

4          MR. RADNEY:  Correct.  And that these photographs

5    taken by the medical examiner, which you will mark as 8, 9,

6    10 or whatever they are, one picture of the victim, an X-ray

7    picture, and a picture of the belongings.  We stipulate to

8    the admissibility of those.

9          MR. OWENS:  Also that there was a box cutter found.

10          MS. BALDWIN: It is in the picture.

11          MR. RADNEY:  That is in this particular picture.

12          THE COURT:  Have you got all of that?

13          MR. RADNEY:  You and Tony agree with our decision;

14    correct?

15          THE COURT:  No, you have to answer out.

16          MR. RADNEY:  You have to answer out loud.

17    Phillip, do you agree with that decision?

18          DEFENDANT PHILLIP BURDEN:  Yes.

19          MR. OWENS:  Tony?

20          DEFENDANT TONY BURDEN: Yes.

21          THE COURT: Thank you, Judge.

22          MR. CLARK: Thank you, Thomas.

23          THE COURT: It is admitted.  Right now that is

24    9 through 12.  These were admitted by stipulation.

25    (WHEREUPON, STATE EXHIBITS 9 THROUGH 12 WERE MARKED FOR

1    IDENTIFICATION AND ADMITTED BY STIPULATION.)

2    (JURY PRESENT)

3              THE COURT:  You may proceed.

4              MS. BALDWIN: State calls LaTanya Winston.

5                        LaTANYA WINSTON

6      HAVING FIRST BEEN DULY SWORN TO TELL THE TRUTH,

7        THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,

8                     TESTIFIED AS FOLLOWS:

9                     DIRECT EXAMINATION

10   BY MS. BALDWIN:

11   Q     Tell us your name, please.

12   A     LaTanya Winston.

13   Q     How old are you, LaTanya?

14   A     Twenty-nine.

15   Q     Do you live in the area, or are you familiar with

16   Wilkie Clark Drive?

17   A     Yes.  My mother lives on Wilkie Clark Drive.

18   Q     And, your mother is Michelin?

19   A     Winston.

20   Q     Michelin Winston.  And your sister, I believe, she

21   testified earlier, LaTarsha; is that correct?

22   A     Yes.

23   Q     Back on June 17th of 2001, were you in the area of

24   Wilkie Clark and Riley Street?

25   A     Yes.

*** Frances L. Roark ***

1    Q    And, did you see the defendants Phillip Burden and Tony

2    Burden that day?

3    A    Yes.

4    Q    Did you also see Shawn Baker and Jermicah Foster that

5    day?

6    A    Yes.

7    Q    If you would, tell us where you were when you first saw

8    Phillip Burden on that day.

9    A    I was down on the end of Riley Street where Tag's house

10   is.   I was standing in the yard.

11   Q    You were in the yard of Tag's house?

12   A    Yes.

13   Q    And, whenever you saw Phillip; what, if anything, was

14   he doing at that time?

15   A    He and Shawn was fighting.

16   Q    Did you see how that fight started?

17   A    No.

18   Q    Now, after you say you saw him and Shawn in a fight,

19   did you see if anybody else was in that fight?

20   A    I saw Shy when she hit him in the head.

21   Q    That is Shawn Baker's girlfriend; is that right?

22   A    Yes.

23   Q    She hit who in the head?

24   A    Phillip.

25   Q    Was there anybody else around in that area where the

*** Frances L. Roark ***

1   fight was going on?

2   A     Yes.   Jeanette, Lenice -- I can't remember who else I

3   seen.   It was more people, but those are the only ones -- it

4   was probably about four or five more people.   Those are the

5   only ones that I can remember just seeing.

6   Q     After you saw the fight, what do you recall seeing

7   next?

8   A     Jeanette was pulling Shawn, telling him to go up the

9   street, up to my momma's house.

10  Q     And, what happened after that?

11  A     We started walking up the street and then ....

12  Q     Who was walking up the street?

13  A     Me, Jeanette, Shawn, Jermiach, LaTarsha.

14  Q     Was Shawn's girlfriend ....

15  A     Shy, she, was walking with us.

16  Q     Okay.   And, where did Phillip go if you know?

17  A     I didn't see which way he went.   I didn't pay attention

18  or look back.   I just kept walking up the street.

19  Q     What direction were you going?

20  A     Up Wilkie Clark Drive.

21  Q     Is that toward your mother's?

22  A     Yeah.   Toward my mother's house.

23  Q     Okay.   What happened after you started walking up the

24  street?

25  A     Wendell Hendrix, he, was looking back, saying somebody

*** Frances L. Roark ***

*** Frances L. Roark ***

```
 1   about to die, somebody about to die.  He kept saying it

 2   repeatedly.  He kept looking at me, Jeanette, Shawn, and Shy.

 3   He was walking down Government Street toward his

 4   grandmother's house.

 5   Q     Toward Katie Hendrixes house?

 6   A     Yes, that's his grandmother.

 7   Q     Is it fair to say that's behind the lodge building?

 8   A     Yes, it is.

 9   Q     Now, after you -- where was Phillip whenever you saw

10   Wendell?

11   A     I didn't see Phillip.

12   Q     Okay.  This was after the fight.

13   A     Yes.

14   Q     And, you were headed up Wilkie Clark Drive.

15   A     Yes.

16   Q     All right.  What happened after that?

17   A     We was -- before I got to my mom's house, somebody was

18   hollering, saying, "They're coming up the street with guns.

19   They're coming up the street with guns."  And, I ran in the

20   house and called the police department, Roanoke Police

21   Department, told them somebody was coming up the street with

22   guns, but I didn't see who it was.  And, then they asked the

23   location.  I gave them 339 Wilkie Clark Drive.  And, then by

24   the time I run back outside, all I seen was Jermicah falling

25   down to the ground flat on his face.  And, then I ran back in
```

*** Frances L. Roark ***

```
 1   the house dialed 9-1-1.

 2   Q      So, you were in the house whenever ....

 3   A      I heard a gunshot.

 4   Q      Okay.  Did you ever see anybody with the gun?

 5   A      No.  I didn't see any of that.

 6   Q      Now, where was Shawn, if you know, whenever you heard

 7   the shot?

 8   A      He was in my mom's house trying to get out the back

 9   door, and get out the window, him and Shy.  I wouldn't let

10   him come outside.

11   Q      He was trying to go out a window?

12   A      Yes.

13   Q      That was after the shot?

14   A      After he heard the shot.

15   Q      Okay.  Now, so after you -- after the fight, you didn't

16   see Phillip anymore at all?

17          MR. RADNEY:  Your Honor, object.  She has asked and

18   answered these questions.

19          THE COURT: Overruled.

20          MR. RADNEY She's asked and answered it.

21          THE COURT Overruled.

22          THE WITNESS:  Could you repeat the question?

23   MS. BALDWIN:

24   Q      After the fight was broken up, you started walking up

25   Wilkie Clark Drive, did you see Phillip anymore at all?
```

*** Frances L. Roark ***

```
 1    A    I saw him running down the street after Rat was falling

 2    to the ground.  Well, I can't say -- I seen two men running

 3    down the street.  From the back.  I didn't see their face.

 4              MS. BALDWIN:  All right.  I don't think I have

 5    anything further.

 6                        CROSS EXAMINATION

 7    BY MR. RADNEY

 8    Q    Ms. Winston, I'm Thomas Radney.  I represent Phillip

 9    Burden.

10         You saw the fight between Shawn and Phillip; correct?

11    A    Yes.

12    Q    That's who was fighting:  Shawn and Phillip.

13    A    Yes.

14    Q    And, Shawn's girlfriend, Shy, takes her shoes off,

15    takes a shoe off, and jumps in and hits Phillip a few times;

16    correct?

17    A    Yes.

18    Q    Later on you are inside the house when the shot is

19    fired; correct?

20    A    Yes.

21    Q    Outside did you see Ms. Baker out there before you went

22    inside?  Jeanette.

23    A    Yes.

24    Q    Did you see Pokey?

25    A    I don't remember seeing him.
```

```
 1   Q      You don't remember seeing him.  Who else did you see

 2   out there?

 3   A      Jeanette, LaTarsha, Marquail.

 4   Q      Marquail says that he was gone.

 5   A      I saw him.

 6   Q      You saw him.  Okay.  Who else?  You saw LaTarsha, your

 7   sister?

 8   A      Yes.

 9   Q      Who else?  Did you say Wendell Hendrix?  Was he out

10   there?

11   A      No.

12   Q      But before the shot, before you heard the shot, Wendell

13   is running around, cussing, saying somebody is fixing to die;

14   is that right?

15   A      No, I didn't say that.  I say Wendell was walking down

16   Government Street toward his grandmother's house.  He never

17   came up.

18   Q      He never came up Wilkie Clark.

19   A      He was down at Government Street saying somebody is

20   fixing to die.

21   A      Yes.

22   Q      Did you see Shawn jumping up and down on the car

23   screaming and cussing toward Phillip?

24   A      No, I was in the house at that time.

25   Q      You say you were in the house?  You didn't see that.
```

1    A    No, that's when I ran to take the baby in the house.

2    Q    Is Shawn in the house?

3    A    Not then.

4    Q    Later Shawn came in the house with you.

5    A    I went out again.

6    Q    So, you didn't see him when he was on the car screaming

7    and cussing back toward Phillip?

8    A    No.

9    Q    You didn't hear or see any words between Phillip and

10   Rat; correct?

11   A    No, I saw none of that.

12        MR. RADNEY:  That's all I have.

13                    **CROSS EXAMINATION**

14   BY MR. OWENS:

15   Q    Ma'am, my name is Nathaniel Owens.  I represent Tony.

16        On Friday night were you with Jeanette Baker at

17   Ms. Hendrix house?

18   A    No, I know nothing about Friday night.

19   Q    Okay.  On Saturday night?

20   A    I know nothing about Saturday night.

21   Q    Okay.  You know Biggum?

22   A    That's my sister.

23   Q    She's your sister?

24   A    Yes.

25   Q    Was Rat living at her house?

*** Frances L. Roark ***

```
 1    A     Yes, he was.

 2    Q     Had his mother put him out?

 3    A     No.

 4           MS. BALDWIN: I'm going to object unless she ....

 5           THE COURT:  Sustained.

 6           MS. BALDWIN: I object to the relevance first of

 7    all.

 8           MR. OWENS:  I withdraw the question.

 9    MR. OWENS:

10    Q     So, you don't know anything about what happened on

11    Friday or Saturday night?

12    A     No, I don't.

13    Q     Help us with Wilkie Clark as a street.  I want you to

14    look at this diagram for me.  If this is the intersection

15    where that pointer.

16           MS. BALDWIN:  It is up there.

17           THE WITNESS:  Could you turn the board around a

18    little more so I can see?

19    MR. OWENS:

20    Q     Would you come around here so they can all see?  This

21    is for the benefit of the jurors.  We want to make sure they

22    can see.

23        If you are standing in the intersection of Government

24    and Wilkie Clark, looking back toward your mother's house;

25    where is your mother's house?  Point it out with this thing
```

1    here.

2    A      Right there.

3    Q      Up here.  All right.  Would you say that standing in

4    the intersection, you can look directly back toward your

5    mother's house and see your mother's house from the

6    intersection?

7    A      You can't see my mother's house.

8    Q      You can't see her house?

9    A      You can see ....

10   Q      Why can't you see your mother's house?

11   A      Because it is up on a hill.

12   Q      It is a hill; is that correct?

13   A      Not a steep hill.

14   Q      But it is a hill; is that right?  So, the intersection

15   is down from your mother's house.

16   A      Yes.

17   Q      So, you have to come down Wilkie Clark to a certain

18   point before you can see your mother's house; isn't that

19   true?

20   A      True.

21   Q      How far down do you have to come before you can see

22   where your mother's house is?

23   A      Let me see the pointer.

24   Q      Sure.

25   A      About right in here.  Before you get to the Noland's

```
 1   house.

 2   Q     So, you have to come up near the Noland's before you

 3   can see it.

 4   A     About right there.

 5   Q     Okay.  At that point.

 6         If someone is in the intersection -- withdraw that.

 7         Did you see Lenice and Ms. Hendrix daughter in any kind

 8   argument that Sunday?

 9   A     No, I didn't see that.

10   Q     You didn't see that either.  Okay.

11         Did you ever hear Shawn making any remarks about the

12   fight, after the fight between he and Phillip, was over?

13   A     No, he never said anything.

14   Q     He never said anything.  Okay.  Thank you.  You can

15   have a seat back up there.  Can you tell us how long Phillip

16   Burden was out here in the road with the gun before the shot?

17   A     No.

18   Q     Okay.  When Rat got shot, you say you were in the

19   house.

20   A     When I heard the shot.

21   Q     When you heard the shot.

22   A     Um-hmmm.

23   Q     You were already in the house?

24   A     Yes.

25   Q     Was Shawn already in or coming in the house?
```

*** Frances L. Roark ***

```
1    A     He was already in the house.

2    Q     He was already in the house.

3    Q     Did you see Jim Dandy out there that day?

4    A     I don't remember seeing him.

5    Q     Do you remember seeing Pokey?

6    A     Only time I saw Pokey was down in front of Tag's house

7    while the fight was going on.

8    Q     Okay.  Nothing further.

9              THE COURT:  Anything further?

10             MR. RADNEY:  Judge, I have a couple.  I don't know

11   if Melody does.

12             MS. BALDWIN: I don't have anything.

13                       RECROSS EXAMINATION

14   BY MR. RADNEY:

15   Q     You do not live around there.  You live on Rebecca

16   Lane.

17   A     That's correct.

18   Q     You don't live in this area at all; correct?

19   A     No.

20   Q     Had you been over at Tag's drinking that day with

21   everybody else?

22   A     Sure didn't.

23   Q     You had not been.

24   A     I walked down the street when we seen somebody outside

25   fighting.
```

*** Frances L. Roark ***

```
1    Q     You hadn't been in there having a drink with the other

2    folks?

3    A     No.  I don't go to Tags to drink.

4    Q     You don't go to Tag's to drink.

5    A     Unh-huh.

6    Q     How long has it been since you lived over in this area?

7    You say your momma lives there.  How long has it been since

8    you lived over there?

9    A     About two years and a half.

10   Q     You hang out over there much?

11   A     Do I hang out?  No.  I go to visit my mother every day.

12   Q     Do you hang out there on Friday and Saturday nights?

13   A     I don't hang out.

14   Q     It's kind of a high-crime area over there, isn't it?

15   A     No, it's not.

16   Q     It's not?  But, you didn't hang over there on Friday

17   and Saturday nights?

18   A     I go visit my mother every day.

19   Q     Every day?

20   A     Every single day.

21   Q     Do you go there at night?

22   A     When I pick my baby up after work.  Yes, I do.  She

23   baby-sits my daughter.

24   Q     I am talking about 11, 12, midnight.

25   A     Oh, no
```

*** Frances L. Roark ***

1    Q    You ain't over there then?

2    A    No.  About 8 o'clock, 9 o'clock, when I pick my

3    daughter up.  It's not a hang-out spot, my momma's house.

4    Q    I don't mean at your momma's house.  I mean down there

5    around Tag's and the old lodge hall.

6    A    Oh, no, that's not my spot.

7    Q    You don't hang out there, but folks do?

8    A    I don't know what people do.  I know what I do.

9    Q    That's what I'm wondering about, the other folks over

10   there.

11   A    I don't be wondering about other people.

12   Q    Now, Jeanette is your aunt; correct?

13   A    Yes.

14   Q    So, Rat would have been your first cousin; correct?

15   A    No, second cousin.

16   Q    Second cousin.

17   A    Yes.

18   Q    Well, is your momma -- Jeanette is your aunt?

19   A    Yes.

20   Q     Great aunt?

21   A    No.  My aunt.  She's my mother's sister.  Delois, Rat's

22   momma, is my first cousin.

23   Q    Okay.  And, Shawn, he'd be your cousin, too?

24   A    My first cousin.

25   Q    Shawn would be your first cousin.

*** Frances L. Roark ***

```
 1   A      Jeanette's son.

 2   Q      Jeanette's son.  Okay.  That's all I have, Judge?

 3          MS. BALDWIN: I do have probably just one.  Well,

 4   maybe two.

 5                     REDIRECT EXAMINATION

 6   BY MS. BALDWIN:

 7   Q      LaTanya, you said, in response to Mr. Owens' question

 8   that Jermicah was staying, I believe, you said with your

 9   sister.

10   A      Yes.

11   Q      Shanetta.

12   A      Yes.

13   Q      Where does Shanetta live?

14   A      Right next to my mother in a trailer.

15   Q      Is that on Wilkie Clark.

16   A      Yes, it is, 333 Wilkie Clark Drive.

17          MS. BALDWIN: Nothing further.

18          MR. OWENS: One follow-up.

19                     RECROSS EXAMINATION

20   BY MR. OWENS:

21   Q      Did you go to pick up your daughter on Friday night?

22   A      Earlier that day.  I get off different times.

23   Different times.  I am a hairdresser.

24   Q      What time did you pick her up?

25   A      I don't remember actually.  It's been so long ago I
```

*** Frances L. Roark ***

```
1    don't remember.

2    Q    Do you do people's hair -- what time do you close up on

3    Friday?

4    A    I don't have a set time.  Just different times.

5    Whenever I'm finished.

6    Q    Whenever you are finished.

7    A    Time varies according to how busy I am.

8    Q    Okay.  But it is your testimony that you would have

9    picked up your daughter after you closed your shop?

10   A    Yes.

11        MR. OWENS:  That's all.

12        MR. RADNEY:  Nothing further.

13        MS. BALDWIN: May this witness be excused?

14        THE COURT:  Yes.  You may step down.

15   (WHEREUPON, THE WITNESS WAS EXCUSED.)

16        THE COURT:  Call your next witness.

17        MS. BALDWIN: Lenice Baker.

18                    LENICE BAKER

19       HAVING FIRST BEEN DULY SWORN TO TELL THE TRUTH,

20          THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,

21                 TESTIFIED AS FOLLOWS:

22                 DIRECT EXAMINATION

23   BY MS. BALDWIN:

24   Q    State your name, please.

25   A    Lenice Baker.
```

*** Frances L. Roark ***

1   Q     How old are you, Lenice?

2   A     Thirty-five.

3   Q     And, you are Ms. Jeanette Baker's daughter; is that

4   correct?

5   A     Yes.

6   Q     Do you know or did you know Jermicah Foster?

7   A     Yes.

8   Q     You are related to him; is that correct?

9   A     Yes.

10  Q     How is it that you were related?

11  A     My mother is his mother's aunt.

12  Q     Okay.  Now, do you also know Phillip Burden?

13  A     Yes.

14  Q     What about Anthony Burden?

15  A     Yes.

16  Q     How do you know Anthony?

17  A     I know Anthony because my niece LaToya and his mother.

18  I have been knowing his mother quite a while.

19  Q     And how is it that Phillip Burden?

20  A     Me and Phillip kind of went to school together, but he

21  ran with some of my brothers, and he and I and Terita Hendrix

22  dated, like double dated with my baby's father.

23  Q     Now, were you, back on Sunday June 17, 2001, were you

24  in the area of Riley Street and Government Street, in that

25  area?

*** Frances L. Roark ***

```
1    A       Yes.

2    Q       And do you recall a fight between your brother Shawn

3    and Phillip Burden?

4    A       Yes.

5    Q       Were you there when that occurred?

6    A       Kind of; yes.

7    Q       All right.  Explain to us how you came to know about

8    that fight and where you were.

9    A       I had went over to my grandmother's house, which is

10   Michelin Winston's house now, and LaTanya -- when I got

11   there, they was all on the porch talking about everything,

12   saying that Wendell Hendrix was saying something about

13   somebody is going to die.  I said, "Who are y'all talking

14   about?"

15          They said, "You know, they jumped on Jermicah last

16   night."

17          I said, "Well, ...."

18   Q       You were on Michelin Lewis' porch?

19   A       Michelin Winston.  We call it my grandmother's porch.

20   Q       Your grandmother's old home place.  All right.  Did you

21   hear about a fight down at Tag's?

22   A       Well, the girl across the street was talking to me,

23   which is James Blakes, and I walked to the edge of the street

24   to talk to her, and I looked to my left, and I seen a crowd

25   of people beside this white car, and I seen a shirt kind of
```

*** Frances L. Roark ***

*** Frances L. Roark ***

1   wave, I said, "Hmph, that looked like Shawn," which is my

2   brother, and so I looked again, and these two people embraced

3   each other.  So, I said, "Y'all come on and go with me,"

4   because I said, "It looks like Shawn is down there trying to

5   fight someone."

6   Q    Where were you at that point?

7   A    I was standing on the curb of Riley Street and that was

8   in front of my grandmother's yard.

9   Q    And you were in front of your grandmother's yard?

10  A    Yes, and I looked to my left, which is down by Tag's.

11  Q    And the fight was on the curb of Riley Street?

12  A    The fight was -- I stood on the curb.  The fight was at

13  Tag's front yard by the curb.

14  Q    All right.  But when you saw the fight, or saw what

15  thought was Shawn, you were in front of ....

16  A    I was standing at the edge of the curb on Riley Street,

17  Wilkie Clark Street, whatever.

18  Q    It used to be -- the whole street used to be Riley

19  Street.

20  A    Right.

21  Q    Now, it's Wilkie Clark.

22  A    Right.

23  Q    And, but you were -- you saw that from in front of your

24  grandmother's house.

25  A    From the front of my grandmother's.

*** Frances L. Roark ***

```
 1   Q     What did you do?  When you said, "Y'all come on and go
 2   with me," did you go to ....
 3   A     I start running first.  I told them to come on and go
 4   with me.  I just knew it was Shawn, but I didn't know who
 5   Phillip were at the time.  And, somebody was standing at the
 6   back of Shawn's back.  So, when I got to the edge of the
 7   street, my mother was already parked down by the lodge hall
 8   and Ms. Katie's house, somewhere in between there.  I ran on
 9   across the street.  When I got there, Pokey -- what they call
10   Pokey -- Kenneth Burden.  He had a big knife, about this
11   long, at Shawn's back.  I said, "Man, what you doing?  You
12   know that ain't no good."  I said, "Why you got a knife to
13   Shawn's back?"  So, he put the knife back in a slot and put
14   it in the trunk of his car.  And about that time, Shawn and
15   Phillip fell through the bushes.  I don't know who hit who
16   first.  They fell through the bushes at Tag's.  I went around
17   the bushes and I went over there and I said, "Why y'all
18   fighting?"  I asked Phillip and Shawn both.  I said, "Why
19   y'all fighting?"  I said, "You let each other go."  I said,
20   "One of y'all is bleeding or both of y'all are bleeding."  I
21   told Phillip, I said, "Phillip loose Shawn."  I said, "I'm
22   going to get his hand off of you."  I said, "Don't neither
23   one of y'all hit one another."  I said, "I'm sorry that y'all
24   are fighting."  And, Pete Few, I think, I seen him.  I said,
25   "Pete," I said, "Come get Shawn while I hold Phillip."  And,
```

1    I told Phillip, I looked in his face again, and he know I

2    said this.  I said, "I'm not going to let Shawn hit you."

3    And, I said, "You don't hit him."  And we got the fight a

4    part.

5         And Pokey had told me, "I'll get Shawn."

6         I said, "No, because I don't want you to try to do

7    nothing or hit Shawn."

8         He said, "I ain't going to do nothing."

9         So, Pete was getting Shawn up and I was still down there

10   with Phillip.  I told him again I was sorry.  When he was

11   getting up, I went on this side of Phillip and Pete was

12   getting Shawn, and Pokey reached over my back and hit Shawn

13   in the eye, and about that time, I pushed Pokey back, and I

14   said, "You said you weren't going to do anything."  I said,

15   "But you hit Shawn anyway."  We separated them and Phillip

16   stood up.  Just like this.  They was laying this way.  He

17   backed up slowly, just like -- I asked what was wrong.  He

18   back up, backed up, and he was walking real slow, and when he

19   got to the other side of Tag's yard, he just turned to the

20   street and ran up toward First Baptist Church, which is up

21   Riley Street.  Pokey went to his car and backed up the

22   street.

23   Q    Okay.  What, if anything, did you do after that?

24   A    Well, I was fixing to go back up grandmother's house.

25   I got in the street, got to the corner of Riley and

*** Frances L. Roark ***

```
 1    Government, James Burden was standing there kicking in the

 2    dirt, rubbing the dirt.  He said, "Lenice, what's going on?"

 3         I said, "I really don't know, James."

 4         He said, "Why are they fighting?"

 5         I said, "I don't know.  A bunch of lies that some of the

 6    Hendrix got up saying that they jumped on Tony."

 7         He said, "Tony?"

 8         I said, "Yes."

 9         He said, "Tony who?"

10         I said, "Tony Burden."

11         He said, "My nephew?"

12         I said, "Yes."

13              MR. RADNEY:  Judge, I object to all this hearsay.

14              THE WITNESS:  That's me talking to James.  That

15    wasn't hearsay.  He asked me a question and I answered it.

16    MS. BALDWIN:

17    Q    Well, you can tell what you said.  You can't tell what

18    he said.

19    A    Oh.

20    Q    Now, you had a conversation with James.

21    A    I had conversation with James.

22    Q    And, after you had this conversation with James ....

23    A    While I had the conversation with James, he had

24    something in his hands, just like this, and it looked like a

25    pistol.  And, I said, "James, what you got, a gun?"  He put
```

*** Frances L. Roark ***

```
1    his hand back in his pocket, right pocket, and I said, "Where

2    are you going?"

3                MR. RADNEY:  Your Honor, object to anything James

4    said.

5                THE WITNESS:  I asked James where was he going?

6    Okay.

7                MR. RADNEY:  Your Honor, ask her not to address me.

8                THE COURT:  Sustained.

9                THE WITNESS:  I asked James where was he ....

10               THE COURT: Hold on.  James who?

11               THE WITNESS:  Burden.

12               MS. BALDWIN: Judge, she hasn't said anything he

13   said yet.

14               MR. RADNEY:  She was about to, though, is why I

15   made the objection.

16               THE COURT:  Sustained.  Go ahead.

17   MS. BALDWIN:

18   Q     All right.

19   A     Anyway, it looked like James had a gun and I said,

20   "Man, what you got: a gun?"  He put his right hand back in

21   his pocket.  He started across the street.  I said, "James,

22   where are you going?"  He was going -- I said, "Don't go up

23   there." I said, "What's wrong?"  I said, "It's a bunch of

24   lies.  Folks don't even know what's going on in this

25   incident."  I said, "Everybody is just getting all excited
```

*** Frances L. Roark ***

```
 1    for no reason." I said, "Please don't go up there." And,

 2    when we was crossing the street, James steady walking on. We

 3    crossed the street. Pokey, which is Kenney Burden, came back

 4    around from off of the LaFayette Highway up to Government

 5    Street. He stopped right there at the corner.

 6    Q     Was he walking or in a vehicle?

 7    A     In his car. He put on the brakes so I thought he was

 8    going to hit us how he put on brakes real fast. Phillip got

 9    out of the front seat of the car, opened up the back door on

10    the passenger side, and got a sawed off shotgun and was

11    headed up the street. I said, "Man."

12    Q     Let me ask you this, Lenice. You said that you saw

13    Pokey come back around in his car.

14    A     Yes, I was still right there on the corner.

15    Q     Did they pull up Riley Street?

16    A     No, he was parked on Government Street catty-cornered.

17    He put on brakes and the car kind of swerved. Phillip got

18    out of the car.

19    Q     He was coming down Government Street?

20    A     No, he came around from LaFayette. He come up

21    Government Street. So Tag's would've still been on his left.

22    Q     All right. So, that would have been past Katie Hendrix

23    house?

24    A     Yes. Right past.

25    Q     And he stopped at the corner there of Government and
```

1    Riley?

2    A    Yes.

3    Q    All right.  You say you saw Phillip then get out of the

4    front of the car?

5    A    Yes.

6    Q    What did he do after that?

7    A    He opened up the back door and got the sawed off

8    shotgun out and I said -- I was motioning for Tanya to

9    already call the police, and I kept hollering, looke like

10   wasn't anything coming out, and tell everybody to run, run,

11   you know, I am scared at this point, because I didn't want to

12   be hollering too loud saying, "Call the police," and he try

13   to do something to me, too.  So, my momma hollered up the

14   street.  She was somewhere right there in the corner.  She

15   hollered up the street and Phillip turned with the gun, and

16   said, "B, I shoot pigs," like that.

17        I said, "Phillip, hey, hey."  I said, "That's my momma."

18        He went to my momma and he hugged her.  He said,

19   "Ms. Baker, I am sorry."

20        I said, "What is going on?"  He came and grabbed me by

21   my hand, kissed me on my hand and said, "Lenice, I'm sorry,"

22   but he steady walked up Riley Street toward Shawn or toward

23   my grandmother's house.

24   Q    After he walked toward your grandmother's house; what,

25   if anything, did you do?

*** Frances L. Roark ***

```
 1   A      I was walking behind him.  I was still trying to tell

 2   Tanya to call -- somebody to call the police, because ain't

 3   no police got there by this time and they should have been

 4   there.  As I was going up the street, I probably got --

 5   there's a trailer right there that used to be Ms.  Lilly Mae

 6   Thornton's trailer.  I had gotten right in there between

 7   Ms. Lilly Mae Thornton's and Carolyn Noland's house, all of

 8   this is on the right side.  Tony come up the street,

 9   whistling, skipping, like talking at Phillip.  He had caught

10   up.  He had got past me.  Like, "We are going to kill that F

11   nigger," or, you know, "Kill that MF nigger."  He was talking

12   like that.

13        But, then about this time I was distracted by Terita

14   Hendrix.  She was asking me questions, like, "Who said for

15   somebody to call the police on us?"

16        I said, "Girl, I really don't even know what's going on

17   over here today.  I said, I don't have anything to do with

18   this.  I said, "If anybody put their hands on Jermicah --

19   that's the thing for them to do was to call the police so

20   this stuff wouldn't go on."  I had told his mother earlier to

21   go to call the police.

22   Q      All right.  Now, you and Terita had a conversation.

23   A      Well, it was not a full one.  Yes.  She distracted me

24   and Wendell, which is my nephew, too, they was talking, just

25   a whole bunch of nigger talk.  I told them that's the very
```

*** Frances L. Roark ***

1    reason all this stuff is like it is now.

2    Q    Where, at that point, if you know, was Shawn?

3    A    He must have been in my grandmother's house.

4    Q    Did you see him out on the street there?

5    A    Not at that time.

6    Q    Where were you when the shooting occurred?

7    A    Coming back up the street.

8    Q    How ....

9    A    Right probably to the left side of where Ms. Ruth

10   Watkins' house is.

11   Q    Okay.

12   A    Which it would be ....

13   Q    Is the Watkins' house on this side of the street -- if

14   this is Riley, and you're walking up Wilkie Clark, where is

15   the Watkins' house?

16   A    Okay.  Is that a vacant lot on the corner where the

17   house burned down?

18        MS. BALDWIN: Why don't you come down.  I know you

19   hadn't seen this diagram.

20        THE WITNESS:  That's okay.  Is this the vacant lot?

21   MS. BALDWIN:

22   Q    If that's the vacant lot, where is the Watkins' house?

23   A    This the corner?  That is Ms. --  I don't know whose

24   houses these are.

25   A    Stand over here and point.  Where were you standing

*** Frances L. Roark ***

1   whenever --

2   A    If this is ....

3   Q    -- the shot occurred?

4   A    Right in here between Ms. Ruth Watkins' and the old

5   Heard house.  Right in here.  Coming up.  Right here.

6   Q    Now, where were you when you heard Tony saying those

7   things to Phillip?

8   A    If this is the trailer, I was over here, because they

9   come up -- we was on this side, walking behind Phillip.

10  Q    Show me again, I'm sorry.

11  A    This is KK's house.  Is that what this is?  Is that

12  what this means?  Okay.  Then that's Carolyn and this is the

13  trailer.  I was right here.

14  Q    Okay.

15  A    That's when I heard Tony.  When he caught up with

16  Phillip to say we are going to kill them F niggers, like

17  that, and if you're talking about up there where Ms. Ruth

18  Watkins' house is, it should be right across from it.

19  Q    Okay.  Now, at that point were you, were you trying to

20  talk to anybody?  You said you were motioning to Tanya; is

21  that right?

22  A    Yes.

23  Q    Were you up there where your momma was?

24  A    No.

25  Q    Where Ms. Jeanette was?

```
 1    A     No, not that far up.

 2    Q     Did you see her?

 3    A     Did I see my mom?

 4    Q     Um-hmmm.

 5    A     I seen all of them going up the street before I was

 6    distracted by Terita.

 7    Q     After you were distracted by Terita, did you ever bring

 8    your attention back toward your grandmother's house?

 9    A     I was going back up that way, walking that way.

10    Q     Tell us what happened after your conversation or your

11    encounter with Terita.

12    A     Well, I had seen all three of them up there:  James,

13    Phillip and Tony.  Looked like James was standing out with

14    his pistol out like this and I guess momma had told him, you

15    know, to put his gun up.

16          MR. RADNEY:  Your Honor, I would object to what she

17    guesses her mother may have told somebody.

18          THE WITNESS:  Okay.  Fine.

19          THE COURT:  Sustained.

20          THE WITNESS:  He put the gun back up.  Okay.

21    MS. BALDWIN:

22    Q     After James put the gun back up, did you see where

23    Phillip and Tony were at that point?

24    A     No.  I guess, I could have got upset by then, because I

25    was scared still, you know, not recognizing where everybody
```

*** Frances L. Roark ***

1    was at that time.

2    Q    Now, did you see -- did you see Jermicah at any point

3    in time?

4    A    No.

5    Q    You didn't see him get shot or anything like that?

6    A    No.  I didn't see Jermicah nor Shawn in the street at

7    all.  When I looked up the street, it was only James,

8    Phillip, Tony and my mother up in that area besides all them

9    people standing around.  I don't know where Jermicah stepped

10   from or come from.

11          MR. RADNEY:  Your Honor, object.  There's no

12   question that she's trying to respond to.

13          THE COURT:  Sustained.

14          THE WITNESS:  It doesn't matter, he did it.

15          MR. RADNEY:  Your Honor, move to strike and ask you

16   to sanction the witness.

17          THE COURT:  Stricken.  Go ahead with your next

18   question.

19          MS. BALDWIN:  You can only respond if you're asked

20   a question.

21   MS. BALDWIN:

22   Q    Now, Lenice, did you hear a shot being fired?

23   A    Yes.

24   Q    Did you see anything after that?

25   A    It was, when the shot was fired, such a bright light

1   and so loud, like it was blown in some kind of can.  You

2   could just see a bright light.  And I ran to them, when I ran

3   there, looked like Tony ran to this side of me and Phillip

4   was standing there at the time, and James looked like he was

5   hopping down the street.  It appeared his foot or something

6   might have been hurting him.  And, I tried to watch to see

7   whichever way they all was going.  I looked and James got in

8   a car at the end of the street and that may not be so because

9   I am just trying to focus.  About that time, Phillip turned

10  around and ran down the street across Tag's.  I guess, where

11  you have got this house outlined, ran to the left and in

12  between those two houses.

13          MS. BALDWIN: I don't have anything further.

14                      **CROSS EXAMINATION**

15  **BY MR. RADNEY**

16  Q     Ms. Winston.

17  A     Ms. Baker.

18  Q     Baker.  Excuse me, Ms. Baker.

19  A     Yes.

20  Q     You were upset and scared; correct?  I am using your

21  words that you just said a minute ago.  Correct?  You need to

22  answer out loud for me, ma'am.

23  A     Yes.

24  Q     You were not recognizing where everyone was; correct?

25  Those were your words.

```
 1    A     Well, as far as all the people standing around me, but

 2    when they was walking in front of me all of them was up

 3    there.

 4    Q     All of them?  Lots of folks?

 5    A     Yes.

 6    Q     Your momma, Pokey --

 7    A     No, Pokey was not there.

 8    Q     You didn't see Pokey.

 9    A     Pokey was not up there.

10    Q     You saw your momma.  You saw Phillip.

11    A     Phillip, James and Tony.

12    Q     I am not trying to argue with you, ma'am.

13    A     Okay.

14    Q     Using your words, you didn't see Rat.

15    A     I see who?  Jermicah?  No.

16    Q     Rat.

17    A     No.

18    Q     You didn't see Shawn.

19    A     No.

20    Q     Did you hear Shawn minutes earlier when he was jumping

21    up and down on the car screaming and cussing at Phillip?

22    A     At Phillip?  No.

23    Q     Or screaming and cussing in general?  There has been

24    some testimony that he was jumping up and down on that car,

25    cussing, saying cowards and all that sort of stuff.  Did you
```

1    hear that?

2    A    No.

3    Q    You have a pretty heated discussion with Rita Hendrix;

4    correct?

5    A    Right.

6    Q    He could have been doing all that screaming and cussing

7    while you are dealing with her; is that right?

8    A    I didn't hear him.

9    Q    Shawn is your brother.

10   A    Yes.

11   Q    And, he's the one that had been in the fight with

12   Phillip.

13   A    Yes.

14   Q    You saw him bleeding; correct?

15   A    Shawn's nose was bleeding, but it was dripping on

16   Phillip.

17   Q    Did you see Phillip's eye busted up and bleeding?

18   A    Shawn's nose was bleeding and -- Shawn's nose was

19   bleeding in Phillip's face.  No, I didn't see Phillip's eye.

20   I thought both of them was bleeding.

21   Q    I understand.

22   A    Shawn's nose ...

23   Q    After you saw Phillip later, did you his eye busted up,

24   bleeding when he was apart from Shawn?

25   A    When Phillip was backing up and I was standing there?

*** Frances L. Roark ***

1    No.

2    Q    You didn't see one way or the other?

3    A    I looked at Phillip's face, because I apologized to

4    Phillip.

5    Q    Pokey had a big ole knife; is that right?

6    A    Yes.

7    Q    James Baker had a gun.

8    A    I don't know James Baker.

9    Q    James Burden.

10   A    Yes.

11   Q    You saw him with a gun.

12   A    Yes.

13   Q    You say you saw Phillip with a gun.

14   A    Yes.

15   Q    Did you see anybody else with a weapon?

16   A    No.

17   Q    You didn't see Rat at all, so you wouldn't have had the

18   opportunity to see whether he had a gun, or a box cutter, or

19   something on him; would you?

20   A    That is right.

21        MR. RADNEY:  That's all I have of Ms. Baker.

22   Mr. Owens may have some questions.

23        THE WITNESS:  Okay.

24                    CROSS EXAMINATION

25   BY MR. OWENS:

1    Q    Would you show us on this drawing where you and

2    Ms. Hendrix were having your discussion?  Point it out with

3    the pointer.

4    A    Through here.  Between the trailer and Carolyn Noland's

5    house where she first started hollering up the street behind

6    me.

7    Q    So, you were -- this is Carol Noland's house.

8    A    Carolyn Noland.

9    Q    This is Ms. Noland and whose house is that?

10    A    Ms. Lilly Mae Thornton's trailer.

11    Q    Thornton's trailer.  So, you were at the top of -- at

12    this point, is Wilkie Clark ....

13    A    This is Wilkie Clark.

14    Q    Right.  At this point is there a rise in the road at

15    Wilkie Clark?

16    A    What you mean a rise?

17    Q    Is the road flat like this or is it up?

18    A    It should be smooth.  Right there.

19    Q    I didn't say smooth -- my question is:  If you're

20    standing in this area  ....

21    A    It should be smooth.  Flat.

22    Q    It's flat.

23    A    Should be.

24    Q    Okay.  Is there any point between here and the

25    intersection of Government and Riley, which then becomes

*** Frances L. Roark ***

```
 1   Wilkie Clark, does the road go down?

 2   A     Yes.

 3   Q     It goes down in that area.  And, it is your testimony

 4   that you had come on up Wilkie Clark.

 5   A     Right.

 6   Q     And that you and Ms. Hendrix were in this discussion

 7   near this lady's house.

 8   A     Yes.  That's where it started.

 9   Q     It started right there.  Where was Phillip when you and

10   she got into this argument?

11   A     They was already ahead of us.

12   Q     So, Phillip was already -- point out where Phillip was.

13   A     He could have been here at -- like, this is the

14   driveway of Carolyn's.  Before he got there, the driveway of

15   Carolyn's or in front of Carolyn's house.  It was not far.

16   We was all here together.  They were in front of me.  I was

17   walking behind them.

18   Q     You were walking behind?

19   A     Yes.

20   Q     Did you see Jermicah out there at all at that time?

21   A     Not at that time.

22   Q     You've testified earlier that you were back at Tag's

23   house; is that right?

24   A     Yes, I was here at my grandmother's house first.  I

25   walked to the corner here.  The curb stone, talking to the
```

1    neighbor, and I happened to look to my left and I said,

2    There's a whole punch people down there.  From Tanya's yard,

3    it looked like Shawn was fighting with somebody.  I didn't

4    know who.  And, then I seen this little blue looking shirt,

5    looked like a sports jersey.  And I said, That is Shawn.  I

6    said, Y'all come on.  I didn't know mother was there until I

7    got right here and I seen her car right there and I ran

8    across the street.  And if this is Tag's, Pokey's car was

9    right here.  And I stood right here by the bushes and I said,

10   "Pokey, man, why do you have a knife at Shawn's back?"

11   Q    Stay right there and tell us where you were in relation

12   to the hedges and Phillip and Shawn.  You say you got -- did

13   you get on the inside of the hedges or the outside?

14   A    I did go on the inside.  When I first got there, like I

15   said, Pokey's car was right here, and I stood right there at

16   the hedges behind Phillip and Shawn.  Phillip was this way to

17   the hedges.  Shawn was in front of him.  Pokey was behind

18   him.

19   Q    All right.  Did you see your mother when she hit Shawn

20   to try to get him to stop fighting?

21   A    I don't remember when my mother got there.

22   Q    Did you see Shawn kick Phillip?

23   A    No.

24   Q    Okay.

25   A    I said earlier I don't know how they fell through the

*** Frances L. Roark ***

```
 1   bushes.  After I was talking to Pokey, they had already
 2   fallen through the bushes before I walked around the inside
 3   of the hedges where they were laying.
 4   Q    How many times did you see Shy hit Phillip?
 5   A    I don't even know.
 6   Q    But you saw her take her shoe off and hit him.
 7   A    Yes, I seen that.  I asked her to stop.
 8   Q    Okay.  Would you describe her shoes?
 9   A    Looked like a wedge heel.  Looked like it had straw or
10   something wrapped around the heal.  It was a wedge.  I can't
11   remember.  Because I told her she'd hit me and I said to stop
12   because I was trying to break up the fight.  I had already
13   told him, I wouldn't let nobody hit him.
14   Q    Could you tell us, if you know, how long Phillip was
15   out on Wilkie Clark with the shotgun in his hand?
16   A    No, I can't tell you how long.  I know when I walked --
17   at the beginning when I was first at my grandmother's house,
18   I'd say probably about 3:45 when it started, maybe, when I
19   first looked down the street.  And, I ran down there.  And,
20   by many going and coming back, by him going around and
21   Pokey's backing up, that was probably ten minutes, because
22   they really didn't fight, and then probably ten minutes
23   before Pokey pulled back around and Phillip was headed up
24   Riley Street.
25   Q    After Phillip headed up Riley Street, can you tell us
```

*** Frances L. Roark ***

```
 1    how long it was before you heard the shot?

 2    A      Probably fifteen minutes.  I'm just ....

 3    Q      So, there was a period of time.

 4    A      It may not be so, yes, because by him starting, he was

 5    -- my mother asked him to stop.

 6    Q      So, this wasn't a thing of he comes walking up the

 7    street and just boom.  It was a shot.  It was a period of

 8    time that he was out there?

 9    A      He had time to think.  I tried to stop him and my

10    mother tried to stop him.

11    Q      All right.  At the time of the shot, where were you?

12    A      I don't know whose houses these are here.  If this is

13    Ms. Watkins' house, I was right along in there.  I had walked

14    back down the street some and I was arguing with Terita.

15    Then I turned and headed back up.  Right in here, I heard the

16    shot.  After I heard the shot, I seen the big bright light.

17    Q      When you heard the shot, you and Terita were arguing

18    then; weren't you?

19    A      No.

20    Q      Just before the shot, were you arguing with Terita?

21    A      Before the shot?

22    Q      Yes.

23    A      Before -- before all of it happened, probably, so, yes.

24    Okay, but it's not like you say, just before.  Not a minute

25    or two before.
```

*** Frances L. Roark ***

```
 1    Q     How long would you say that it was before you heard the

 2    shot after you and Terita had your argument?

 3    A     Probably about four or five minutes.

 4    Q     Four or five minutes.  Where was Phillip?

 5    A     They was all up behind the car.  Used to be a car

 6    sitting there.  There was a car there.  Okay.

 7    Q     Did you see Phillip and Jermicah shake hands out there

 8    in the road?

 9    A     No.

10    Q     Before the shot, did you see any people around Phillip?

11    A     I don't remember seeing anyone but James, Tony, and

12    Phillip.  My mother was up there with them.

13    Q     Your mother was with them, wasn't she?

14    A     I said, my mother was up there with them.

15    Q     Did you see Pookey in that group?

16    A     Pokey wasn't up there.

17          MR. OWENS:  That's all I have got.

18                        RECROSS EXAMINATION

19    BY MR. RADNEY:

20    Q     How many total people were up there?  You don't have to

21    name them.  How many total people did you see in the street?

22    A     When I seen ....

23    Q     In the street up there.  I think we can all agree there

24    was another car right along in this area.  Do you agree with

25    that?
```

*** Frances L. Roark ***

```
 1   A      No.

 2   Q      Two cars.  You don't remember there being two cars.

 3   You just remember one.  How many total people do you remember

 4   seeing up there before the shot was fired?

 5   A      Four.

 6   Q      Four.  That's all you remember seeing.

 7            MR. RADNEY:  Thank you.

 8            MS. BALDWIN: I don't have anything further.

 9            THE COURT You may step down.

10            MR. OWENS:  Judge, could I have one question?

11                    RECROSS EXAMINATION

12   BY MR. OWENS:

13   Q      Did you see Janet pulling on ....

14   A      Who is Janet?

15   Q      Jeanette.  I am sorry, I call her Janet.  Jeanette

16   Baker pulling on Shawn?

17   A      When?

18   Q      At any time?

19   A      I don't remember seeing Shawn up there at all.  So, it

20   couldn't have been up there.  I don't recall when she got

21   down to Tag's.

22   Q      Did you ever see Jeanette pulling on Phillip?

23   A      We was at Government Street, like I said, he went to --

24   he hugged her.  When he got out of the car and turned the gun

25   toward her and said, "B, I blow your."  He cut it off when I
```

*** Frances L. Roark ***

1    said, "Phillip, that's my momma."

2        He said, "Ms. Baker, I am sorry," and he hugged her and

3    maybe she hugged him back.  I don't know.  But she might have

4    told him it's all right.  She asked him not to go up.

5    Q    Isn't it a fact that Phillip was turning away to come

6    back away from where your momma's house is.  I am using your

7    momma's house as the area up there around where the

8    shooting ....

9    A    At what point?

10   Q    Well, after your mother had talked to him.

11   A    We was on the corner.

12   Q    You were on the corner?

13   A    We was all on the corner.  We had not even made it up

14   there.

15            MR. OWENS:  Okay.

16            THE WITNESS:  Let me go?  That's what he said.

17            THE COURT: You may step down.

18            THE WITNESS:  Thank you.

19            THE COURT:  You are excused.

20   (WHEREUPON, THE WITNESS WAS EXCUSED.)

21            THE COURT:  Call your next witness.

22            MS. BALDWIN: State calls Shannon Laney.

23                       SHANNON LANEY

24       HAVING FIRST BEEN DULY SWORN TO TELL THE TRUTH,

25         THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,

```
 1                    TESTIFIED AS FOLLOWS:

 2                    DIRECT EXAMINATION

 3    BY MS. BALDWIN:

 4    Q    State your name and occupation, please.

 5    A    Shannon Laney, patrol, City of Roanoke.

 6    Q    Officer Laney, did you respond to a call back on June

 7    17th of 2001, to the area of Wilkie Clark Drive?

 8    A    Yes, ma'am, I did.

 9    Q    And, you, along with, I believe, Chris May went?

10    A    Yes, ma'am.

11    Q    Were you the first officers on the scene?

12    A    Yes, ma'am.

13    Q    What, if anything -- when you got out there; what, if

14    anything, did you see?

15    A    When we first pulled up, we seen the subject laying in

16    the road, later to be known as Mr. Foster.  A large crowd of

17    people were there.

18    Q    And, did y'all, you or Officer May, or both of you, at

19    that point make any effort to secure the crime scene?

20    A    Yes, ma'am.

21    Q    How long were you doing that?

22    A    Secured it.  Probably, initially, it was -- like I

23    said, a lot of people were there.  A lot of people were

24    trying to get to the body.  We just more or less got

25    everybody to stay back, probably 75 feet away on the other
```

1    side until we got some help.

2    Q    All right.  Now, did you stay out there with the body

3    until it was picked up and taken to the Randolph County

4    Hospital?

5    A    Yes, ma'am.

6    Q    And, who picked it up if you know?

7    A    It was, I believe, it was the acting coroner.

8    Q    The acting coroner?

9    A    Yes, ma'am.

10   Q    And, did you stay with it after it was picked up by the

11   acting coroner?

12   A    Yes, ma'am.

13   Q    And where did you go at that point?

14   A    Went to Randolph County Medical Center.

15   Q    Did you stay with it until it was picked up by the

16   Department of Forensic Sciences?

17   A    Yes, ma'am, I did.

18   Q    Were you there when it was turned over to the

19   Department of Forensic Sciences?

20   A    Yes, ma'am.

21   Q    And, you turned it over to the driver, I believe,

22   Mr. Abrams.  Would that be correct?

23   A    Yes, ma'am.

24   Q    Now, prior to the Department of Forensic Sciences

25   picking up the body, did anybody come into the area where you

*** Frances L. Roark ***

1   had the body secured?

2   A   Yes, ma'am.   The coroner returned and took some items.

3   Q   Okay.   All right.   Did you make a note of what those

4   items were?

5   A   Yes, ma'am.

6   Q   What were they?

7   A   It was a dollar and 38 cents.

8   Q   All right.

9   A   One bar of Crest soap back pack of New Port cigarettes.

10  Q   Did you do any checking of the body or take anything

11  off of it yourself?

12  A   No, ma'am.

13  Q   So, if that was done, that was done by other people?

14  A   Yes, ma'am.

15  Q   Not you.

16  A   They didn't nobody took anything except the coroner.

17  Q   You watched it.   You know nobody else took anything off

18  of it --

19  A   Yes, ma'am.

20  Q   -- from the time you arrived at the scene to the time

21  you released it, other than what you testified to.

22  A   Yes, ma'am.

23  Q   Did you look at the body when you arrived out there?

24  A   Yes, ma'am, I did.

25  Q   Did you see whether or not the victim had anything in

*** Frances L. Roark ***

```
 1   his hands?

 2   A      No, ma'am.  He didn't have anything in his hands.

 3   Q      All right.

 4   A      Not that I recall.

 5   Q      All right.

 6          MS. BALDWIN:  I don't have anything further of this

 7   witness.

 8          MR. RADNEY:  I have a couple of questions.

 9                      CROSS EXAMINATION

10   BY MR. RADNEY:

11   Q      Did you actually receive the call to go out there or

12   did you get it from dispatch

13   A      It went to dispatch.

14   Q      Do you have an estimate of the amount of time, from the

15   time of the shot until the time you arrived on the scene?

16   A      Not from the time of the shot.  I can give you an

17   estimate from when I got dispatched.

18   Q      From the time of the call?

19   A      Thirty seconds.

20   Q      Pretty quick.

21   A      I was right there.

22   Q      As to the time of the shot, you don't know?

23   A      No, sir.

24   Q      When you got there, is it fair to say it was chaos, a

25   mob scene?
```

*** Frances L. Roark ***

1   A      There were a lot of people.

2   Q      A lot of folks screaming, yelling, running around, that

3   sort of stuff; correct?

4   A      Yes.

5   Q      To use your words, folks trying to get to the body.

6   A      They were pretty close up on it.

7   Q      You have no idea if some people had actually gotten up

8   to the body before you got there?

9   A      No, sir.  But if they got there, I have no idea.

10  Q      No idea if friends of the family had gone up and taken

11  anything from him, or put things on him, hugged him or

12  whatever else, you don't know?

13  A      No, sir.  I have no idea.

14  Q      Was this an area that you patrolled often?

15  A      Yes.

16  Q      Is it an area that y'all take special caution to get

17  there a bunch; correct?

18  A      Yes, sir.

19  Q      What, do you consider it a high-crime area of town?

20  A      Yes, sir.

21  Q      Had you been called out there on the Friday night or

22  Saturday night before this happened on Sunday?

23  A      No, sir.

24  Q      Had you been on duty on that Friday night and Saturday

25  night?

1    A     No, sir.

2    Q     So, couldn't have been called out.  You were at home;

3    correct?

4    A     That is right.

5    Q     Did you know the victim Mr. Foster?

6    A     Not personally.  I knew who he was.

7    Q     Did you take any statements from folks while you were

8    out there that night?

9    A     No, sir.

10   Q     That was not part of your job?

11   A     No, sir.

12   Q     The folks you dealt with as you were securing the crime

13   scene, were those folks under the influence of alcohol?

14   A     To be honest with you, I really don't remember.

15   Q     You know that house down there off the corner, Tag's

16   house?

17   A     Yes.

18   Q     Folks do drinking around there don't they?

19   A     I am sure.

20   Q     Officer May was with you.

21   A     Yes, sir.

22   Q     Once you got there, y'all secured the scene, and kept

23   folks away until the coroner could arrive; correct?

24   A     Yes, sir.

25   Q     What other officers arrived out there after you and

*** Frances L. Roark ***

```
 1    May.   Who were the first ones, do you know?

 2    A      Roanoke PD.

 3    Q      Roanoke PD.

 4    Q      The entire department?

 5    A      Yes.  Was there in just a few minutes.

 6    Q      I know that Jonathan Heard arrived.

 7    A      Yes, sir.

 8    Q      Did Donnie Truitt arrive?

 9    A      Yes, sir.  I can't remember what order they came.

10    Q      Give me the names of the other officers that you

11    remember arriving?  Sheppard?

12    A      Yes, sir.  He was there.  Even off-duty officers came.

13    If they worked there, they were there.

14    Q      What time of the day on Sunday did you arrive?

15    A      I really don't recall what time it was.  It was in the

16    afternoon.

17    Q      This is June.

18    A      Yes.

19    Q      Was it light out when you got there?

20    A      Yes, it was still daylight.

21    Q      It wasn't dark.

22    A      No, sir.  I'd say somewhere around -- between 5:00

23    --somewhere in there.

24          MR. RADNEY:  That's all I have, Your

25    Honor.
```

*** Frances L. Roark ***

```
 1                    CROSS EXAMINATION

 2   BY  MR. OWENS:

 3   Q     Officer, my name is Nathaniel Owens.  I am the attorney

 4   for Mr. Phillip Burden.  No.  Anthony Burden.  He's Phillip's

 5   lawyer.  We don't look alike.

 6              MR. RADNEY:  That is true.

 7   MR. OWENS:

 8   Q     We've got a question I need you to answer for me.  You

 9   say you secured the scene around the body; is that correct?

10   A     Yes, sir.

11   Q     From where the body was laying -- first of all, are you

12   familiar with that street?

13   A     Yes.

14   Q     The intersection between Government and Riley.

15   A     Yes, sir.

16   Q     Can you stand in the intersection of Government and

17   Riley and see where the body was laying?

18   A     Yes.

19   Q     Is there an incline in this roadway?

20   A     Yes.  There is an incline.  I don't know if you could

21   actually see the body itself, but you could see the area.

22   Q     You could see the area.

23   A     Yes, sir.

24   Q     So, from where the body was laying to the intersection

25   of Government, how far would you say that is?
```

*** Frances L. Roark ***

1    A    It is -- from where he was?

2    Q    Yes.

3    A    Two hundred yards, 100 yards.  It is not all that far.

4    Q    More like 200 as opposed to a hundred?

5    A    Closer to a hundred.

6    Q    Close to a hundred.  Okay.  And, there is -- is the

7    incline up this way or -- which way is it?

8    A    Up this way.

9    Q    Up this way?

10    A    Yes.

11    Q    Okay.  Is there anything that would obstruct a person's

12    -- the street is just -- other than that little incline, you

13    could see wherever you are.

14    A    Um-hmmm.

15         MR. OWENS:  I don't have any other questions of this

16    witness.

17         MS. BALDWIN:  May this witness be excused?

18         MR. RADNEY:  I just have one follow-up question.

19                    **RECROSS EXAMINATION**

20    BY MR. RADNEY:

21    Q    They have drawn on the diagram one car.  Was there

22    another car parked on the street or just that one?

23    A    The best I remember, there was just that one.

24         MR. RADNEY:  That's all.

25         MS. BALDWIN:  May this witness be excused?

*** Frances L. Roark ***

```
1        THE COURT:  Yes.  Thank you, sir.  You are excused.
2    (WHEREUPON, THE WITNESS WAS EXCUSED.).
3        THE COURT:  Ladies and gentlemen, at this time we
4    are going to be in recess until 1:00.  If you would ....
5        MR. RADNEY:  Your Honor, before you say that,
6    Melody, can we approach a second?
7    (WHEREUPON,  A SIDE BAR WAS HELD OFF THE RECORD.)
8        THE COURT:  Ladies and gentlemen, y'all go and
9    follow the same instructions that I have given you.  Be back
10   at 1:00.  Thank you.
11   (JURY RECESSED FOR LUNCH)
12   (WHEREUPON, PHOTOGRAPHS WERE MARKED AS STATE EXHIBITS 13, 14,
13   AND 15 FOR IDENTIFICATION.)
14       MR. RADNEY:  Judge, for the record -- Your Honor,
15   for the record, the prosecutor has handed to me State's
16   Exhibits 13, 14, and 15, which are pictures that they intend
17   to introduce of the victim's body soon after the shooting.
18   First, the Defendant, Phillip Burden, objects to their
19   admissibility, at all in that he believes that they are
20   grotesque and gruesome, such that their probative value is
21   substantially outweighed by the prejudicial effect.  However,
22   if the State -- if the Court is of the opinion that they are
23   admissible, I would say only one of them is admissible, and
24   that remainder would be cumulative.
25       MR. OWENS:  Judge, I just want to join that same
```

*** Frances L. Roark ***

1    motion from the perspective of Anthony Burden.

2          THE COURT:  Anything else?  Overruled.  They are

3    admitted or will be upon proper predicate.

4          MR. RADNEY:  All of them?

5          THE COURT:  Um-hmmm.

6          MS. BALDWIN: Judge, I have 20 more.

7          THE COURT:  These three.

8          MS. BALDWIN: Judge, I've got lot more, but I

9    limited it ....

10          MR. RADNEY:  I understand, but those show the exact

11    same thing.  I would ask the Court to ask the State to have

12    to show what each picture has different.  If they can do

13    that, fine; but they all three show the exact same thing.

14          THE COURT:  No.

15          MS. BALDWIN:  Judge, they're from different

16    distances and show different parts of his body such as his

17    hands.

18          THE COURT:  Overruled.  This is State 13, 14, and

19    15.

20          MR. RADNEY:  Second, Judge, our other motion that

21    is pending is a statement that was taken from Phillip Burden.

22    You have to have Officer Truitt here to have ....

23          MS. BALDWIN:  We'll have to ....

24          THE COURT: Send the jury out on that.  Bring the

25    jury in.

*** Frances L. Roark ***

```
 1   (JURY PRESENT)

 2            THE COURT: Let the record reflect all jurors

 3   present, all parties present, counsel present; call your next

 4   witness.

 5            MS. BALDWIN: State calls Gerson Bonner.

 6                      GERSON BONNER

 7   HAVING FIRST BEEN DULY SWORN TO TELL THE TRUTH,

 8        THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,

 9                 TESTIFIED AS FOLLOWS:

10                  DIRECT EXAMINATION

11   BY MS. BALDWIN:

12   Q    State your name and occupation, please.

13   A    Gerson Bonner, funeral director, Quatterbaum Funeral

14   Home.

15   Q    Mr. Bonner, you are also deputy acting coroner whenever

16   Randy Gibbs is not here in the county?

17   A    Yes.

18   Q    Back on June 17th of 2001, did you act in the capacity

19   as coroner?

20   A    I did.

21   Q    And, did you respond to the scene there out on Riley

22   Street and Wilkie Clark Drive?

23   A    I did.

24   Q    And, when you got there were the police already there?

25   A    Yes.
```

*** Frances L. Roark ***

1   Q      Did you observe the body of Jermicah Foster?

2   A      Yes, ma'am.

3   Q      Did you declare him dead there at the scene?

4   A      I did.

5   Q      In connection with that, did you also transport that

6   body somewhere?

7   A      Yes.  The ambulance had left, I went back to the

8   funeral home, got our vehicle, and transported him to the

9   Randolph Medical Center where we secured the body.

10  Q      Now, at some point in time, did you remove anything

11  from the victim's pockets?

12  A      Yes, I did.  I removed a bar of soap, a pack of -- a

13  piece of a pack of cigarettes, and $1.83.

14  **(WHEREUPON, ITEMS WERE MARKED AS STATE EXHBIT 20 FOR**

15  **IDENTIFICATION.)**

16  Q      I'm going to show you what I've already marked as

17  State's Exhibit 20, and ask if you could identify what that

18  is?

19  A      Yes.  That's the cigarettes, the soap, and the $1.83.

20  Q      After you took that from the victim's pocket, did you

21  keep that in your care, custody, and control the entire time?

22  A      Yes.

23  Q      And, is it in the same or substantially the same

24  condition it was when you retrieved it?

25  A      Just like it was when ....

1          MS. BALDWIN:  Your Honor, we move to admit State's

2  Exhibit 20.

3          THE COURT: Admitted.

4  **(WHEREUPON, ITEMS MARKED AS STATE EXHIBIT 20 WERE ADMITTED.)**

5  MS. BALDWIN:

6  Q    At the time you removed those items from his pocket,

7  did you find anything else in his pocket or did you think you

8  had removed everything from his pocket?

9  A    I thought I had removed everything, but I later on,

10  during the forensic, a box cutter was found that I didn't

11  find.

12  Q    But you didn't find the box cutter whenever you were

13  taking out items from his pocket?

14  A    No.

15  Q    And, were you there when the body was turned over to

16  forensic sciences?

17  A    No.

18  Q    Did you leave the body with law enforcement?

19  A    Yes.  Right.

20          MS. BALDWIN:  Nothing further of this witness.

21          MR. RADNEY:  No questions.

22          MR. OWENS:  I don't have any questions.

23          THE COURT:  Thank you, sir.

24          MS. BALDWIN: May this witness be excused?

25          THE COURT:  You are excused.

*** Frances L. Roark ***

```
 1   (WHEREUPON, THE WITNESS WAS EXCUSED.)

 2              THE COURT:  Call your next witness.

 3         MS. BALDWIN: Jonathan Heard.

 4                  JONATHAN HEARD

 5      HAVING FIRST BEEN DULY SWORN TO TELL THE TRUTH,

 6       THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH,

 7              TESTIFIED AS FOLLOWS:

 8                DIRECT EXAMINATION

 9   BY MS. BALDWIN:

10   Q     State your name and occupation, please.

11   A     Jonathan Heard, investigator, Roanoke Police

12   Department.

13   Q     Investigator Heard, were you working in that capacity

14   back on June 17th of 2001?

15   A     Yes, ma'am.

16   Q     And, what day was that?

17   A     It was a Sunday.

18   Q     Did you respond to a call out in the area of Wilkie

19   Clark Drive?

20   A     Yes, ma'am.

21   Q     And, do you recall about what time it was when you got

22   the call?

23   A     It was around 5:00 that afternoon.

24   Q     And, when you got there, had some other officers

25   already arrived before you?
```

*** Frances L. Roark ***

```
 1    A      Yes.

 2    Q      And, do you recall whether or not the scene was secured

 3   by the time you got there?

 4    A      No, it was not secured when I got there; no.

 5    Q      Okay.  And, what other officers had got there before

 6   you?

 7    A      I think Officer Laney and Officer May.  I was like the

 8   third officer there.

 9    Q      Were you there soon after both of those individuals?

10    A      Immediately.  I was working that day.  So, when the

11   call came out, I came on with them.

12    Q      Okay.  Now after the three of you got there, did

13   someone secure the scene?

14    A      Yes.  We started securing the scene then.

15    Q      If you would just tell me what you observed when you

16   got there?

17    A      Jermicah Foster laying in the street bleeding.

18    Q      And, was he already dead at this point?

19    A      Yes.

20    Q      Was the coroner called?

21    A      Yes.

22    Q      Was the coroner called -- now, did you -- well, just

23   tell us what you first did when you got there.

24    A      When I got there, basically was talking -- I believe

25   there was a lot of folks running around, and was trying to
```

*** Frances L. Roark ***