# THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

*Printed*

*4954*

CR-02-0682

Anthony Eugene Burden and Andrew Phillip Burden v. State of Alabama  (Appeal from Randolph  Circuit Court: CC01-114; 115).

## CERTIFICATE OF JUDGMENT

### Andrew Phillip Burden

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on October 24th 2003:

### Affirmed by Memorandum

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 12th day of March, 2004.

**Clerk**
**Court of Criminal Appeals**
**State of Alabama**

cc: Hon. Ray D. Martin, Circuit Judge
Hon. Kim S. Benefield, Circuit Clerk
Nathaniel Owens, Attorney
Gregory M. Varner, Attorney
John M. Porter, Asst. Atty. Gen.



EXHIBIT

C

PENGAD 800-631-6989