# IN THE SUPREME COURT OF ALABAMA



October 14, 2005

**1041520**

Ex parte Andrew Burden. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Andrew Burden v. State of Alabama) (Randolph Circuit Court: CC01-115.60; Criminal Appeals : CR-04-1260).

## CERTIFICATE OF JUDGMENT

## Writ Denied

   The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
   BOLIN, J. -  Nabers, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 14th day of October, 2005

Clerk, Supreme Court of Alabama



/bb