IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the answer filed by the respondents on February 3, 2006, and for good cause, it is

ORDERED that on or before February 16, 2006 the respondents shall file a supplemental answer which addresses whether the petitioner ever presented his claim of ineffective assistance of appellate counsel as to counsel's failure to challenge the sufficiency of the evidence to the state courts. If this claim was never raised in the state courts, the respondents shall address the effect such failure has on the claim pending in this cause of action.

DONE, this 7th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE