2THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, )<br>AIS 148280, )<br>  )<br>  Petitioner, )<br>  )<br>vs. )<br>  )<br>WARDEN KENNETH JONES, and )<br>THE ATTORNEY GENERAL FOR )<br>THE STATE OF ALABAMA, )<br>  )<br>  Respondents. ) | CIVIL ACTION NO. 05-CV-1128-F |

## MOTION TO SUBMIT EXHIBIT

Come the Respondents and move this court to accept its submission of the following exhibit in support of their Supplemental Answer to the Court's Order to Show Cause, which Supplemental Answer was electronically filed on February 17th, 2006:

Exhibit Z -  State of Alabama's Brief On Direct Appeal

All other exhibits were filed with the original Answer. All previously submitted exhibits and the Answer were mailed to Petitioner on February 17, 2005. Exhibit Z is today being mailed to Petitioner.

Respectfully submitted,

Troy King
*Attorney General*
By:


/s/Hense R. Ellis II
Hense R. Ellis II (ELLI9296)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2006, I electronically filed the foregoing document including Exhibit Z, with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the foregoing document, including Exhibit Z, to the following non-CM/ECF participant:

        Andrew Phillip Burden
        AIS #148280
        Donaldson Correctional Facility
        100 Warrior Lane
        Bessemer, AL  35023

                                /s/Hense R. Ellis II
                                Hense R. Ellis II (ELLI9296)
                                Office of the Attorney General
                                Alabama State House
                                11 South Union Street
                                Montgomery, AL  36130-0152
                                Telephone: (334) 242-7300
                                Fax: (334) 242-2848
                                E-Mail: hrellis@peoplepc.com

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300; *(334) 549-3408 (Hense R. Ellis II)
101297/BURDEN
88441-001