IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the motion to submit exhibit filed by the respondents on February 21, 2006 (Court Doc. No. 20), and as the exhibit attached to the motion is not the State's brief on direct appeal but rather an additional copy of the respondents' February 16, 2006 answer, it is

ORDERED that the motion to submit exhibit be and is hereby DENIED. It is further

ORDERED that on or before February 28, 2006 the respondents shall file a copy of the State's brief filed on direct appeal as an exhibit to their answers.

Done, this 23rd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE