IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KENNETH JONES, et al., ) <br> ) <br> Respondents. ) | CASE NO. 3:05-CV-1128-WKW |

**ORDER**

Upon consideration of the motion to submit exhibit filed by the respondents on February 23, 2006 (Court Doc. No. 23), and for good cause, it is

ORDERED that the motion to submit exhibit be and is hereby GRANTED.

Done, this 24th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE