THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

ANDREW PHILLIP BURDEN
    PETITIONER

VS.                                     CIVIL ACTION NO. 05-CV-1128-F

WARDEN KENNETH JONES AND
THE ATTORNEY GENERAL FOR THE
STATE OF ALABAMA
        RESPONDENTS.

<u>MOTION REQUIRING THIS COURT TO ORDER THE RESPONDENTS TO FURNISH PETITIONER WITH MISSING MATERIALS OF THE RECORD NOT APPENDED TO THIS ANSWER DATED FEBRUARY 3, 2006.</u>

Comes now PETITIONER "ANDREW PHILLIP BURDEN AND RESPECTIVELY MOVES THIS HONORABLE COURT UNDER RULE(S) OF RULES OF CIVIL PROCEDURE.

PETITIONER SHOW THIS HONORABLE COURT THAT THE RESPONDENTS ANSWER FAILURE TO PUT A COPY OF THE BRIEF PETITIONER FILED ON POST-CONVICTION AND THE RESPONDENTS ANSWER ALSO FAILURE HAVE A COPY OF THE ALABAMA SUPREME COURT OPINION APPENDED TO HIS ANSWER. AT PAGE 13.

RECEIVED
2006 MAR -2  A 9:48

## CONCLUSION

For the reasons stated in this motion the Petitioner respectfully request this Honorable Court to order the Respondents to furnish Petitioner with the missing material.

*Andrew Phillip Burden*
100 Warrior Lane
Bessemer AL. 35023

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, a copy of the foregoing was served on the Respondents by placing the same in the U.S. Mail first class postage prepaid and addressed as following:

State of Alabama
Office of
Attorney General
11 South Union Street
Montgomery AL. 36130-0152

*Andrew Phillip Burden*
100 Warrior Lane
Bessemer AL 35023