IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW PHILLIP BURDEN, #148280, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-1128-WKW |
| | ) | |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for court order to furnish missing materials filed by the petitioner on March 2, 2006 (Court Doc. No. 25), which the court construes as a motion to compel production of documents contained in the state court record, and for good cause, it is

ORDERED that the motion to compel be and is hereby GRANTED. It is further

ORDERED that on or before March 17, 2006 the respondents shall provide the petitioner with copies of (i) the brief submitted by petitioner on appeal of his Rule 32 petition, and (ii) the denials of certiorari issued by the Alabama Supreme Court on direct appeal and on appeal from denial of the Rule 32 petition.

DONE, this 3rd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE