THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR -8  P 4: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ANDREW PHILLIP BURDEN,  )
AIS 148280,  )
  )
      Petitioner,  )
  ) CIVIL ACTION NO. 05-CV-1128-F
vs.  )
  )
WARDEN KENNETH JONES, and  )
THE ATTORNEY GENERAL FOR  )
THE STATE OF ALABAMA,  )
  )
      Respondents.  )

## RESPONSE TO ORDER ON MOTION TO FURNISH EXHIBITS

Come the Respondents and state that they have submitted every exhibit in this case to Petitioner on the same dates their exhibits were submitted to this court. The exhibits were timely mailed to the following address:

    Andrew Phillip Burden
    AIS #148280
    Donaldson Correctional Facility
    100 Warrior Lane
    Bessemer, AL  35023

One or two of the exhibits Petitioner requests have already been mailed to Petitioner. Respondents thus move this court to order Petitioner to supply Respondents with a correct address, if the above address is incorrect.

Moreover, Respondents are including all requested exhibits with their copy of this response.

Done this sixth day of March, 2006.

Respectfully submitted,

Troy King
*Attorney General*
By:

_Hense R. Ellis II_
Hense R. Ellis II (IDELLI9296)
*Deputy Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006, a copy of the foregoing was served on the petitioner by placing the same in the United States mail, first class postage prepaid and addressed as follows:

>Andrew Phillip Burden
>AIS #148280
>Donaldson Correctional Facility
>100 Warrior Lane
>Bessemer, AL  35023

>*/s/ Hense R. Ellis II*
>Hense R. Ellis II
>Deputy Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
Alabama State House
11 South Union Street
Montgomery AL  36130-0152
(334) 242-7300
106574/BURDEN
88441-001