IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br> Plaintiff, | )<br>)<br>) |
| vs. | )   Case No. CC-01-115 |
| ANDREW PHILLIP BURDEN,<br> Defendant. | )<br>)<br>) |

**Filed in Office**

MAR - 8 2005

KIM S. BENEFIELD
Clerk of Circuit Court

<u>O R D E R</u>

This matter coming before the Court on Petitioner's Petition for Relief from Conviction or Sentence Pursuant to Rule 32 and the State of Alabama's Response to Petitioner's Rule 32 Petition and the Court having carefully considered same, the Court finds that the Petition for Relief from Conviction or Sentence Pursuant to Rule 32 is without merit and therefore, said petition is dismissed.

The Clerk of the Court is directed to mail a copy of this Order to the Defendant and to the Office of the District Attorney.

SIGNED this 8th day of March, 2005.

               _____
               TOM F. YOUNG, JR.
               Circuit Judge