EXHIBIT B

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA,<br>    Plaintiff,<br><br>vs.<br><br>ANDREW PHILLIP BURDEN,<br>    Defendant. | )<br>)<br>)<br>)  Case No. CC-01-115<br>)<br>)<br>) |

**Filed in Office**

MAR 3 1 2005

**KIM S. BENEFIELD**
Clerk of Circuit Court

## ORDER

This matter came before the Court on a Motion for Application of Reconsideration of Order Dated March 8, 2005, filed by the Defendant and after carefully considering the same, said motion is Denied.

The Clerk of the Court is directed to mail a copy of this Order to the Office of the District Attorney and to the Defendant.

DONE this the 31st day of March, 2005.

_____
TOM F. YOUNG, JR.
Circuit Judge


AMY NEWSOME
ANDREW PHILLIP BURDEN
#148280   B-52
100 WARRIOR LANE
BESSEMER AL 35023

143