IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the response filed by the respondents on March 8, 2006 (Court Doc. No. 27), which the court construes to contain a motion for order requiring that the petitioner provide respondents with his current address, and as the petitioner supplied this information to the respondents in his last pleading, *see Court Doc. No. 25*, it is

ORDERED that the motion for order be and is hereby DENIED.

Done, this 14th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE