IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On March 10 2006, the petitioner, Andrew Phillip Burden ["Burden"], filed a response in which he contends that any default arising from the failure to raise his claims in the state courts at trial or on direct appeal resulted from ineffective assistance of counsel and that such establishes cause for his procedural defaults. Burden further argues that his claims of ineffective assistance of counsel for failure to (i) challenge the sufficiency of the evidence, (ii) object to the court's instruction on reasonable doubt and (iii) object to the court's lack of jurisdiction to impose sentence under the Habitual Felony Offender Act are not defaulted as he presented these claims to the Alabama Supreme Court in a petition for writ of certiorari. In light of the foregoing, the court construes Burden's March 10, 2006 response (Court Doc. No. 28) to contain a motion to amend. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before April 3, 2006 the respondents shall file a supplemental answer which addresses all of the claims and arguments presented by the petitioner in his amendment to the petition as contained in his response. The respondents are advised that in

filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.

Done, this 15th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE
