IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

ANDREW PHILLIP BURDEN,
AIS #148280
    PETITIONER,

CIVIL ACTION NO. 05-CV-1128-F

VS.

WARDEN KENNETH JONES, and
THE ATTORNEY GENERAL FOR THE
STATE OF ALABAMA

## NOTICE

This letter is to place this honorable court on Notice that the above-named petitioner has changed addresses. The Petitioner new address is as follows:

    STATON CORRECTIONAL FACILITY
        P.O. BOX 56,
    ELMORE, ALABAMA 36025

THANKS.

DONE THIS 20TH DAY OF April, 20 06.

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20Th day of April, 20 06.

Andrew Burden #148280
PETITIONER

NOTARY