IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANDREW PHILLIP BURDEN, #148280,   )
   )
      Petitioner,   )
   )
      v.   )      CASE NO. 3:05-CV-1128-WKW
   )
KENNETH JONES, et al.,   )
   )
      Respondents.   )

**ORDER**

On May 2, 2006, the petitioner, Andrew Phillip Burden ["Burden"], filed a response (Court Doc. No. 35) in which he contends that any default arising from the failure to raise his claims in the state courts at trial or on direct appeal resulted from ineffective assistance of counsel and that such establishes cause for his procedural defaults. Burden further asserts that he now seeks to proceed before this court on all claims raised on direct appeal and in his Rule 32 petition. He also maintains that the trial court erred in denying his Rule 32 petition as its rulings were contrary to prior constitutional precedents and that this court should address his claims under the fundamental miscarriage of justice exception. The court therefore construes this response to contain a motion for leave to amend. Upon consideration of the motion for leave to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before May 23, 2006 the respondents shall file a supplemental answer which addresses all of the claims and arguments presented by the petitioner in his amendment to the petition as contained in his response. The respondents are advised that in

filing their answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*, and shall comply with the directives of the order of procedure entered on December 6, 2005 (Court Doc. No. 4) in raising any defense to the amended claims.

DONE, this 4th day of May, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE