IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA

ANDREW PHILLIP BURDEN,

    PETITIONER,

V.                                        CIVIL ACTION NO.05-CV-1128-F

WARDEN KENNETH JONES, and,

THE ATTORNEY GENERAL FOR
THE STATE OF ALABAMA,

    RESPONDANTS.

## MOTION FOR ENLARGEMENT OF TIME

    Comes now the petitioner, Andrew Phillip Burden and request that he be granted additional time to respond to court's order directing him to show "cause" in lieu of the issues currently under habeas review. As grounds the petitioner would state the following:

The petitioner was recently transferred to Staton Corr. Facility from Donaldson Corr. Facility due to a security level decrease.

2) The petitioner has not been afforded time to finish the brief (litigation) in accordance to this honorable court's order.

**Wherefore,** the petitioner prays that this honorable court would grant him additional time to file such response to include April 25, 2006 ( the day response is due ) until May 7, 2006, thus, the petitioner requests for an additional fouteen(14) days in which to respond.

DONE THIS 24th DAY OF April, 2006.

Sworn to this 24th day of April 2006.

respectfully submitted

Andrew Phillip Burden
PETITIONER

Barry D. Smith
NOTARY PUBLIC

Nov. 8, 2008

## CERTIFICATE OF SERVICE

I, Andrew Phillip Burden, swear, verify, or states that a copy of the foregoing has been respectfully submitted upon the respondants or the respondant's attorney by placing the same in the United States Mail Postal/prepaid to the address provided;

OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152

SWORN to and SUBSCRIBED before me, a Notary Public, this 3rd day of May, 2006.

_Andrew P. Burden_
PETITIONER

_[signature]_
NOTARY PUBLIC