IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the motion for extension of time filed by the petitioner on May 5, 2006 (Court Doc. No. 37), and in light of the response filed by the petitioner on May 2, 2006 and the May 4, 2006 order requiring an additional supplemental answer from the respondents, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 9th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE