THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, <br> AIS 148280, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN KENNETH JONES, and <br> THE ATTORNEY GENERAL FOR <br> THE STATE OF ALABAMA, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-CV-1128-F <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE/SUBSTITUTION OF COUNSEL**

Comes now the undersigned, Stephanie Reiland, and enters her notice of appearance in the above-styled cause. The previous attorney, Hense Ellis, is no longer employed with this Office and the case has been reassigned to the undersigned.

Respectfully submitted,

Troy King
Attorney General
By:


/s Stephanie Reiland
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service a copy of this motion to the following non-CM/ECF participant: Andrew Phillip Burden, AIS# 148280, PO Box 56, Elmore, AL  36025.

        Respectfully submitted,

        s/Stephanie Reiland
        Stephanie Reiland (REI036)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone:  (334) 242-7300
        Fax:  (334) 242-2848
        E-Mail:  sreiland@ago.state.al.us

372584/88441-001