THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW PHILLIP BURDEN, | ) | |
| AIS 148280, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. 05-CV-1128-F |
| vs. | ) | |
| | ) | |
| WARDEN KENNETH JONES, and | ) | |
| THE ATTORNEY GENERAL FOR | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondents. | ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now the Respondents in the above-styled cause, Troy King and

Warden Kenneth Jones, through the undersigned attorney, pursuant to this

District's General Order No. 3047, and make the following statement concerning

potential conflicts of interest:

Troy King and Kenneth Jones parties named to the above-captioned case, as

required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing

Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official

capacities.  These parties do not possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.

Respectfully submitted

Troy King
*Attorney General*

s/Stephanie Reiland
Stephanie Reiland(REI036)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2008, I filed the foregoing

with the Clerk of the Court and I hereby certify that I have mailed by United States

Postal Service the document to the following non-CM/ECF participants:  Andrew

Phillip Burden, AIS# 148280, PO Box 56, Elmore, AL  36025.

Respectfully submitted,

s/Stephanie E. Reiland
Stephanie E. Reiland (REI036)
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-mail: sreiland@ago.statel.al.us

372585/88441-001