IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW PHILLIP BURDEN, #148280, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-1128-WKW |
| ) | |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the respondents on January 25, 2008 (Court Doc. No. 43), which the court construes to contain a motion to substitute counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 28th day of January, 2008.

       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE