IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW PHILLIP BURDEN, #148280, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-1128-WKW |
| | ) | |
| KENNETH JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and as it appears that the respondents have not

yet filed a copy of Volume I of the trial transcript, it is

ORDERED that on or before September 22, 2008 the respondents shall file with the

court and provide to the petitioner a copy of Volume I of the trial transcript.[1]

Done this 12th day of September, 2008.

 /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1]In their initial answer, the respondents advise that Volume I of the trial record "will be forwarded to the court when it is located." *Respondents' February 3, 2006 Answer - Court Doc. No. 15* at 2 n.1.  However, a review of the docket indicates that the aforementioned portion of the transcript has not been filed with this court.